Chris J. Zhen (SBN 275575)
Email: chris.zhen@zhenlawfirm.com
Phone: (213) 935-0715
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

*Attorneys for Plaintiff*
Digital Marketing Advisors

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

Digital Marketing Advisors, a California Corporation,

Plaintiff,

vs.

McCandless Group, LLC, a Florida Limited Liability Company; Nicholas McCandless, an individual; DOES 1-10,

Defendants.

Case No.: 2:21-cv-6888

**COMPLAINT FOR:**

**(1) VIOLATIONS OF DIGITAL MILLENNIUM COPYRIGHT ACT; ("DMCA"); (17 U.S.C. § 512(F))**
**(2) INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONSHIP;**
**(3) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE;**
**(4) NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; AND**
**(5) UNFAIR COMPETITION (CAL. BUS. & PROF. § 17200)**

**DEMAND FOR JURY TRIAL**

Plaintiff Digital Marketing Advisors ("Plaintiff" or "Advisors"), by and through its attorneys, alleges on personal knowledge as to its own actions, and upon information and belief as to the actions of others, as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over the Plaintiff's claims under 28 U.S.C. § 1331 because they arise under a federal statute, the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 512(f) and supplemental jurisdiction under 28 U.S. Code § 1367 over all other claims.

2. Venue in this judicial district is proper because a substantial part of the acts and omissions giving rise to the claims occurred and caused injury in this judicial district.

## THE PARTIES

3. Plaintiff Digital Marketing Advisors is a California corporation having a business address in this state at 200 S. Barrington Avenue, #491451, Los Angeles, CA, 90049.

4. Defendant McCandless Group, LLC is a limited liability company organized under the laws of Florida with its primary place of business in Miami, Florida.

5. Defendant Nicholas McCandless is an individual who, on information and belief, has a primary place of business in Miami, Florida. Nicholas McCandless is founder and CEO of the McCandless Group, LLC. The McCandless Group, LLC and Nicholas McCandless will hereinafter be referred to collectively as "Defendants" or "McCandless."

6. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1-10, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by the aforementioned defendants.

## BACKGROUND FACTS

7. Plaintiff is a corporation and was founded in 2018 as a model management and influencer development company. Plaintiff also does business under the Shore Thang brand working with internationally notable social media personalities from online social media platforms such as Instagram, YouTube, and TikTok.

8. Between August 2020 and November 2020, Advisors attracts and enters into content creator agreements with three social media personalities and models (the "Models") to generate social media content. The agreements include fixed length terms with automatic renewals. Advisors also purchased rights to photographs of one of the Models, such photographs including ones that are subject to the wrongful DMCA take-down requests.

9. The relationships with the Models begin to immediately earn profits for the Models as well as for Advisors.

10. On or about December 2020, during the term of the content creator agreements between Plaintiff and the Models, while each and every agreement is in

full force and effect, Defendants contact the Models and begin interfering with the relationships between Plaintiffs and the Models.

11. Defendants probe for confidential information and terms between Plaintiff and the Models. Defendants use this information to disparage Plaintiff's relationship with the Models; further, Defendants undercut the terms of the agreements to induce each of the Models to terminate their agreements with Plaintiff.

12. On or about December 2020, each of the Models does terminate their agreement. The terminations of the agreements have resulted in significant damages to Plaintiff.

13. Beginning on or about January 2021, Defendants start issuing a series of fraudulent DMCA take-down requests to a Reddit account owned by Plaintiff as well as to a website run by Plaintiff.

14. The fraudulent DMCA take-down requests include, on or about January 25, 2021, a notice filed by Defendants to Reddit (an online social media site where the users can post content and share comments and feedback) for a post featuring a photograph of one of the Models. Plaintiff owns the rights, title, or interest to the photograph. Defendants have no rights, title, or interest to the photograph.

15. Defendants were not entitled to issue the January 25, 2021 notice, and Defendants could not have formed a good faith basis to issue such notice because the rights, title, or interest belongs to Plaintiff.

16. Plaintiff is informed and believes that Defendants did not engage in any analysis prior to filing the January 25, 2021 DMCA take-down notice.

17. On or about July 29, 2021, Defendants filed a fraudulent DMCA take-down request to the Hostwinds internet service provider for a photograph of one of the Models. Plaintiff owns the rights, title, or interest to the photograph. Defendants have no rights, title, or interest to the photograph.

18. Defendants were not entitled to issue the July 29, 2021 notice, and Defendants could not have formed a good faith basis to issue such notice because the rights, title, or interest belongs to Plaintiff.

19. Plaintiff is informed and believes that Defendants did not engage in any analysis prior to filing the July 29, 2021 DMCA take-down notice.

20. On or about August 6, 2021, Defendants filed no fewer than thirteen fraudulent DMCA take-down requests to Reddit for a photograph of one of the Models. Plaintiff owns the rights, title, or interest to the photograph. Defendants have no rights, title, or interest to the photograph.

21. Defendants were not entitled to issue the thirteen August 6, 2021 notices, and Defendants could not have formed a good faith basis to issue such notices because the rights, titles, or interests belong to Plaintiff.

22. Plaintiff is informed and believes that Defendants did not engage in any analysis prior to filing the thirteen August 6, 2021 DMCA take-down notices.

23. Due to the large number of DMCA take-down notices filed against Plaintiff's Reddit user account, Reddit permanently banned Plaintiff's user account from the Reddit service on or about August 15, 2021.

**COUNT ONE:**

**VIOLATION OF DMCA § 512(f)**

24. Plaintiff repeats, re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in all preceding paragraphs of this Complaint.

25. The DMCA bad faith notice and take-down provision under 17 U.S.C. § 512(f) provides that "[a]ny person who knowingly materially misrepresents under this section … that material or activity is infringing … shall be liable for any damages, including costs and attorneys' fees, incurred by the alleged infringer … who is injured by such misrepresentation, as the result of … relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing[.]"

26. On at least sixteen instances Defendants willfully, knowingly materially or with willful blindness made third-party § 512(f) misrepresentations to Reddit and the web hosting service stating that Plaintiff's images were infringing intellectual property rights owned by Defendants.

27. In reliance on Defendants' misrepresentations, Reddit removed and disabled access to the material; Reddit disabled Plaintiff's account on or about August 15, 2021. At the time Plaintiff's account was disabled, Plaintiff's Reddit account had over a thousand followers, over forty thousand "karma" representing positive feedback from other Reddit users, providing a reliable social media platform for Plaintiff.

28. Defendants are aware or should have been aware that social media platforms like Reddit use algorithms to disable accounts after a given account

receives a certain number of DMCA notices. See https://reddit.zendesk.com/hc/en-us/articles/360043080152-What-is-Reddit-s-policy-on-repeat-copyright-infringement- (last accessed on August 19, 2021) and https://www.redditinc.com/policies/user-agreement-september-12-2021 (last accessed on August 19, 2021).

29. Defendants' misconduct includes its failure to take into consideration that it does not own the copyright, have the entire rights to photographs or images, or that other parties have rights to publication or other license to exploit the photographs or images. Defendants failed to make any analysis of copyright infringement or whether it even owned the rights to the alleged infringing content. Such consideration is particularly needed when the DMCA notices are aimed at disabling a social media account.

30. Defendants did not have entitlement to file the DMCA notices.

31. Plaintiff seeks damages and attorneys' fees for Defendants' bad-faith conduct under 17 U.S.C. § 512(f).

## COUNT TWO:
## INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONSHIP

32. Plaintiff repeats, re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in all previous paragraphs of this Complaint.

33. Plaintiff was in a contractual relationship with each of the Models.

34. Defendants were aware of the contractual relationships between Plaintiff and each of the Models.

35. Defendants through their conduct prevented performance or made performance more expensive or difficult for each of the relationships between Plaintiff and the Models.

36. Defendants intended to disrupt the performance of each contractual relationship between Plaintiff and the Models or knew that disruption of the performance of each contractual relationship was certain or substantially certain to occur.

37. Plaintiff was in fact harmed by Defendants' conduct for each contractual relationship.

38. Defendants' conduct was a substantial factor in causing Plaintiff's harm arising from termination of each of the contractual relationships.

39. The aforementioned acts of Defendants, and each of them, were willful and malicious. Plaintiff is therefore entitled to punitive damages.

**COUNT THREE:**

**INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

**A) INTERFERENCE WITH RELATIONSHIPS WITH MODELS**

40. Plaintiff repeats, re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in all previous paragraphs of this Complaint.

41. Plaintiff and the Models were in economic relationships that each was and would have resulted in economic benefit to Plaintiff.

42. Defendants were aware of Plaintiff's relationships with the Models.

43. Defendants engaged in conduct to purposely disrupt these economic relationships by inducing termination of the relationships between Plaintiff and the Models.

44. Defendants did so with the express intent of disrupting the relationships between Plaintiff and the Models, or at the very least, knew that disruption of the relationships was substantially certain to occur.

45. The relationships between Plaintiff and the Models were in fact disrupted.

46. Plaintiff has been harmed as a result of the disruption of its business relationships with the Models.

47. Defendants' conduct was a substantial factor in causing the harm.

48. Defendants' conduct was malicious, oppressive, and/or fraudulent, therefore Plaintiff seeks punitive damages in addition to compensatory damages as a result of the injury.

**B) INTERFERENCE WITH RELATIONSHIP WITH REDDIT**

49. Plaintiff and Reddit were in an economic relationship that would have resulted in an economic benefit to Plaintiff.

50. Defendants were aware of Plaintiff's relationship with Reddit.

51. Defendants engaged in conduct to purposely disrupt this economic relationship by filing DMCA notices to Reddit that lacked merit.

52. Defendants did so with the express intent of disrupting the relationship between Plaintiff and Reddit, or at the very least, knew that disruption of the relationship was substantially certain to occur.

53. The relationship between Plaintiff and Reddit was in fact disrupted.

54. Plaintiff has been harmed as a result of the disruption of its business relationship with Reddit.

55. Defendants' conduct was a substantial factor in causing the harm.

56. Defendants' conduct was malicious, oppressive, and/or fraudulent, therefore Plaintiff seeks punitive damages in addition to compensatory damages as a result of the injury.

**COUNT FOUR:**

**NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

57. Plaintiff repeats, re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in all previous paragraphs of this Complaint.

58. Defendants knew that the economic relationship between Plaintiff and each of the Models would be disrupted if they failed to act with reasonable care.

59. Defendants failed to act with reasonable care by undercutting the cost to induce breach or termination of the contracts.

60. As a proximate result of Defendants' conduct and the termination of the economic relationships between Plaintiff and each and every one of the Models, Plaintiff has suffered damages.

61. The aforementioned acts of Defendants, and each of them, were willful and malicious. Plaintiff is therefore entitled to punitive damages.

**COUNT FIVE:**

**UNFAIR COMPETITION**

62. Plaintiff repeats, re-alleges, and incorporates by reference as though fully set forth herein, the allegations contained in all previous paragraphs of this Complaint.

63. California Business & Professions Code § 17200 prohibits unfair competition, including "any unlawful, unfair or fraudulent business act or practice."

64. By engaging in the alleged conduct, Defendants have engaged in unlawful, unfair, or fraudulent business acts of unfair competition in violation of §§ 17200, *et seq.*, and California common law. This conduct includes Defendants' false representations and/or willful blindness in submitting DMCA notices to Plaintiff's detriment. This conduct includes Defendant's willful interference with Plaintiff's contractual agreements with the Models to procure the termination of these agreements and/or prospective economic advantage to Plaintiff's detriment.

65. As an actual and proximate result of Defendants' unfair competition, Defendants have unjustly enriched themselves by obtaining financial benefits, and depriving Plaintiff of the compensation to which it is rightly entitled.

///

///

///

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief as follows:

1. For injunctive relief under Counts 2, 3 and 4;
2. For general damages in an amount to be proven at trial;
3. For pre-judgment interest;
4. For treble damages under Counts 2 and 3;
5. For costs and attorneys' fees pursuant to 17 U.S.C. § 512(f), or otherwise as allowed by law; and
6. For other such relief as the court deems just and proper.

Dated: August 26, 2021

Respectfully Submitted,

ZHEN LAW FIRM

By: /s/ Chris J. Zhen

Chris J. Zhen (State Bar No. 275575)
(213) 935-0715 | chris.zhen@zhenlawfirm.com
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036

*Attorneys for Plaintiff*
Digital Marketing Advisors

**DEMAND FOR JURY TRIAL**

Plaintiff Digital Marketing Advisors hereby demands a jury trial pursuant to Federal Rule of Civil Procedure 38.

Dated: August 26, 2021

Respectfully Submitted,

ZHEN LAW FIRM

By: /s/ Chris J. Zhen

Chris J. Zhen (State Bar No. 275575)
Email: chris.zhen@zhenlawfirm.com
Phone: (213) 935-0715
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036

*Attorneys for Plaintiff*
Digital Marketing Advisors