AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Digital Marketing Advisors, a California Corporation <br><br> *Plaintiff(s)* <br> v. <br> McCandless Group, LLC, a Florida Limited Liability Company; Nicholas McCandless, an individual; DOES 1-10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  2:21-cv-6888-AB-GJSx |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  McCandless Group, LLC
88 SW 7TH STREET #2203
MIAMI, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chris J. Zhen
Zhen Law Firm
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
TEL: 213-935-0715
EMAIL: chris.zhen@zhenlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  8/31/2021

Grace Kami
*Signature of Clerk or Deputy Clerk*