# VERIFIED RETURN OF SERVICE

State of California                                                                                          County of Central

Case Number: 2:21-CV-6888-AB-GJSX

Plaintiff: **DIGITAL MARKETING ADVISORS, A CALIFORNIA CORPORATION**
vs.
Defendant: **MCCANDLESS GROUP, LLC, a Florida Limited Liability Company; NICHOLAS MCCANDLESS, an individual;**

For:
CHRIS J. ZHEN
ZHEN LAW FIRM
5670 WILSHIRE BLVD
#1800
LOS ANGELES, CA 90036

Received by ZHEN LAW FIRM on the 3rd day of September, 2021 at 9:00 am to be served on **MCCANDLESS GROUP, LLC, 88 SW 7TH STREET, #2203, MIAMI, FL 33130**.

I, JOSE I. ESPINO, do hereby affirm that on the **28th day of September, 2021** at **5:50 pm, I:**

served the within named corporation a true copy of the **Summons In A Civil Action; Complaint For: (1) Violations of Digital Millennium Copyright Act; ("DMCA"); (17 U.S.C. 512(F)) (2) Intentional Interference with Contractual Relationship; (3) Intentional Interference with Prospective Economic Advantage; (4) Negligent Interference with Prospective Economic Advantage; and (5) Unfair Competition (Cal. Bus. & Prof. 17200) (Demand For Jury Trial); Civil Cover Sheet; Certificate of Interested Entities or Persons; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Counsel Re: Copyright, Patent, and Trademark Reporting Requirements; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright and Standing Order** with the date and hour of service endorsed thereon by me to **NICHOLAS MCCANDLESS** as **REGISTERED AGENT** at the address of **7469 NW 103RD PLACE, DORAL, FL 33178** persuant to Florida Statute, Section 48.091.

**Additional Information pertaining to this Service:**
9/7/2021  8:42 am  Attempted service at 88 Sw 7th Street, #2203, Miami, FL 33130 - This is a residential Apt. building. Received no response at door. Building security will not provide any tenant information.
9/11/2021  10:04 am  Attempted service at 88 Sw 7th Street, #2203, Miami, FL 33130 - Received no response at door. No visible movement. Left call back card.
9/15/2021  6:56 pm  Attempted service at 88 Sw 7th Street, #2203, Miami, FL 33130 - Received no response at door. Door still tagged.
LOCATED AND SERVED AT ALTERNATE ADDRESS 7469 NW 103RD PL, DORAL, FL. 33178.

## **VERIFIED RETURN OF SERVICE For 2:21-CV-6888-AB-GJSX**

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

*[signature]*

**JOSE I. ESPINO**
Process Server - CPS #303

**ZHEN LAW FIRM**
**5670 WILSHIRE BLVD**
**#1800**
**LOS ANGELES, CA 90036**
**(213) 935-0715**

Our Job Serial Number: MPS-2021002026