GERARD FOX LAW P.C.
Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447

*Attorneys for Defendants*
McCandless Group LLC and Nicholas McCandless

Chris J. Zhen (SBN 275575)
Email: chris.zhen@zhenlawfirm.com
Phone: (213) 935-0715
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

*Attorney for Plaintiff*
Digital Marketing Advisors

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Digital Marketing Advisors, A California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> McCandless Group, LLC, a Florida Limited Liability Company; Nicholas McCandless, an individual; DOES 1-10, <br><br> Defendants. | Case No.   2:21-cv-6888 <br><br> Hon. Andre Birotte Jr. <br> Courtroom 7B <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** <br><br> SAC Filed:                  Jan. 19, 2022 <br> Response Prev. Due:   Jan 27, 2022 <br> New Due Date:           Feb. 10, 2022 |

# STIPULATION

Plaintiff Digital Marketing Advisors ("DMA" or "Plaintiff"), and Defendants McCandless Group LLC, and Nicholas McCandless (collectively as "Defendants"), by and through their respective counsel of record (collectively, the "Parties"), enter into this Stipulation to Extend time for Defendants to Respond to Second Amended Complaint.

1. Plaintiff filed its Second Amended Complaint (SAC) on January 19, 2022.

2. The Parties have previously stipulated that Defendants' response to the SAC is due on January 27, 2022.

3. As part of Defendants' preparation of their response, they have uncovered additional grounds for challenging Plaintiff's claims, which they believe are potentially dispositive. As part of the Parties' ongoing meet and confer efforts mandated by Local Rule 7-3, Defendants raised these new grounds, and Plaintiff requested additional time to consider them.

4. Because Defendants believe Plaintiff's consideration of these grounds may significantly narrow Defendants' eventual response (or obviate it altogether), Defendants agree that Plaintiff should be given additional time for the requested consideration. The Parties enter this stipulation to avoid unnecessary motion practice and potentially reduce judicial involvement in resolving this matter.

5. Accordingly, the Parties stipulate to extending the deadline for Defendants to file their response to the SAC to February 10, 2022.

**NOW, THEREFORE**, the Parties respectfully request that the Court enter the accompanying proposed Order granting the parties' stipulation to extend time for Defendants to respond to the SAC.

**IT IS SO STIPULATED**.

I, Chris J. Zhen, attest that the other signatory on this stipulation concurs in the filing's content and has authorized the filing.

1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: January 26, 2022 | | GERARD FOX LAW P.C. |
| | | /s/ Gerard P. Fox (*w/ express permission*) |
| | | GERARD P. FOX |
| | | *Attorneys for Defendants* |
| | | McCandless Group LLC |
| | | and Nicholas McCandless |
| Dated: January 26, 2022 | | ZHEN LAW FIRM |
| | | |
| | | /s/ Chris J. Zhen |
| | | CHRIS J. ZHEN |
| | | *Attorney for Plaintiff* |
| | | Digital Marketing Advisors |

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of January, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By: /Chris J. Zhen/