UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-06888-AB-GJS | Date: | April 21, 2022 |
|---|---|---|---|

Title: *Digital Marketing Advisors v. McCandless Group, LLC et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **DISMISSING ACTION WITH PREJUDICE**

On March 29, 2022, the Court entered an Order ("Order," Dkt. No. 48) granting Defendants' Motion to Dismiss Second Amended Complaint and giving Plaintiff leave to amend within 14 days. The Order advised Plaintiff that if a Third Amended Complaint was not filed by the deadline, the action will be deemed dismissed with prejudice and the case will be closed. As of the date of this Order, Plaintiff has not filed a Third Amended Complaint.

The Court therefore **ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.