JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Digital Marketing Advisors, | Case No.  2:21-cv-6888 |
|---|---|
| Plaintiff, | Hon. Andre Birotte Jr. |
| v. | **JUDGMENT UPON DISMISSAL WITH PREJUDICE** |
| McCandless Group, LLC, *et al.*, | |
| Defendants. | |

As Plaintiff has declined to file an amended complaint by the Court-ordered deadline, this action has been dismissed with prejudice. Therefore, pursuant to Rules 54(a) and 58(a) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendants and against Plaintiff, that the action is dismissed with prejudice, and that Plaintiff takes nothing by way of its Second Amended Complaint.

Defendants are awarded their costs as provided by law.

Dated: April 21, 2022

_____
Hon. Andre Birotte Jr.
United States District Court Judge