EXHIBIT – 1 –



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

McCandles Group LLC                                                    October 4, 2021

Dear Mr. McCandless,

Enclosed please find our invoice for professional services rendered and advanced costs. We provide detailed descriptions of our time, so that you may review our time entries. Any discrepancies should be brought to our attention immediately. If you have any questions after reviewing your invoice, please contact me.

Thank you in advance for your prompt payment.

Sincerely,

Jacquelyn Doctrow
Assistant Office Manager
Gerard Fox Law P.C.
jdoctrow@gerardfoxlaw.com
310-441-0500



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

October 4, 2021

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17193 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## REMITTANCE ADVICE

**CURRENT DUE THIS INVOICE**          **$ 4,910.00**

Please return this advice with payment to:     Gerard Fox Law P.C.
ATTN:  Accounts Receivable
1880 Century Park East, Suite 1410
Los Angeles, CA 90067

Wire Instructions:



### DUE UPON RECEIPT

*Thank you!*
*Your business is greatly appreciated.*



Gerard Fox Law

Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

October 4, 2021

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17193 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## INVOICE SUMMARY

For professional services rendered and advanced costs through September 30, 2021:

| | |
|---|---|
| Professional Services | $ 4,910.00 |
| Total Advanced Costs | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,910.00** |

Gerard Fox Law P.C.

Invoice: 17193                                                      October 4, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 9/02/21 | JB | Conduct legal research re: new complaint received | 2.30 | 920.00 |
| 9/03/21 | GF | ███████████████████████████ | 2.10 | 1,050.00 |
| 9/07/21 | JB | Phone call with ██████████ regarding Zach and DMA; conduct factual research on Zach and DMA | 2.60 | 1,040.00 |
| 9/13/21 | GF | ████████████████████████████████ ████████████ | 3.40 | 1,700.00 |
| 9/28/21 | JB | Review documents served to client | .50 | 200.00 |

|  |  | **TOTAL PROFESSIONAL SERVICES** | | **$ 4,910.00** |
|  |  | **TOTAL THIS INVOICE** | | **$ 4,910.00** |



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

McCandles Group LLC                                                    November 1, 2021

Dear Mr. McCandless,

Enclosed please find our invoice for professional services rendered and advanced costs. We provide detailed descriptions of our time, so that you may review our time entries. Any discrepancies should be brought to our attention immediately. If you have any questions after reviewing your invoice, please contact me.

Thank you in advance for your prompt payment.

Sincerely,

Jacquelyn Doctrow
Assistant Office Manager
Gerard Fox Law P.C.
jdoctrow@gerardfoxlaw.com
310-441-0500



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

November 1, 2021

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17310 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## REMITTANCE ADVICE

### CURRENT DUE THIS INVOICE $ 6,630.00

Please return this advice with payment to:

Gerard Fox Law P.C.
ATTN:  Accounts Receivable
1880 Century Park East, Suite 1410
Los Angeles, CA 90067

Wire Instructions:



### DUE UPON RECEIPT

*Thank you!*
*Your business is greatly appreciated.*



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

November 1, 2021

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17310 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## INVOICE SUMMARY

For professional services rendered and advanced costs through October 31, 2021:

| | |
|---|---|
| Professional Services | $ 6,630.00 |
| Total Advanced Costs | $ .00 |
| **TOTAL THIS INVOICE** | **$ 6,630.00** |

Gerard Fox Law P.C.

Invoice: 17310

November 1, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 10/18/21 | JB | Review Complaint; conduct legal research on Complaint; communications with opposing counsel to arrange a stipulated continuance of the response to the initial complaint | 5.80 | 2,320.00 |
| 10/19/21 | JB | Draft, finalize, and file stipulated continuance | 2.40 | 960.00 |
| 10/20/21 | GF | ███████████████████████████████ ███████████████████████████████ ███████████████████ | 6.70 | 3,350.00 |

|  | **TOTAL PROFESSIONAL SERVICES** | **$ 6,630.00** |
|--|--|--|
|  | **TOTAL THIS INVOICE** | **$ 6,630.00** |

**BILLING HISTORY**
**From October 4, 2021**

| Transaction Date | Transaction Type | Invoice# | Amount | Balance |
|------------------|------------------|----------|--------|---------|
|  | Balance Forward |  |  | $ 4,910.00 |
| 10/18/21 | Receipt | 17193 | $ -4,910.00 | $ .00 |

2



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

McCandles Group LLC                                February 1, 2022

Dear Mr. McCandless,

Enclosed please find our invoice for professional services rendered and advanced costs. We provide detailed descriptions of our time, so that you may review our time entries. Any discrepancies should be brought to our attention immediately. If you have any questions after reviewing your invoice, please contact me.

    Thank you in advance for your prompt payment.

Sincerely,

Jacquelyn Doctrow
Assistant Office Manager
Gerard Fox Law P.C.
jdoctrow@gerardfoxlaw.com
310-441-0500



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

February 1, 2022

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17580 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## REMITTANCE ADVICE

**CURRENT DUE THIS INVOICE**                **$ 36,755.06**

Please return this advice with payment to:      Gerard Fox Law P.C.
ATTN:  Accounts Receivable
1880 Century Park East, Suite 1410
Los Angeles, CA 90067

Wire Instructions:



**DUE UPON RECEIPT**

*Thank you!*
*Your business is greatly appreciated.*



Gerard Fox Law

Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

February 1, 2022

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17580 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## INVOICE SUMMARY

For professional services rendered and advanced costs through January 31, 2022:

| | |
|---|---|
| Professional Services | $ 36,710.00 |
| Total Advanced Costs | $ 45.06 |
| **TOTAL THIS INVOICE** | **$ 36,755.06** |

Gerard Fox Law P.C.

Invoice: 17580 February 1, 2022

## PROFESSIONAL SERVICES

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 1/04/22 | PA | Case law research re: personal jurisdiction in preparation of drafting motion to dismiss complaint | 2.80 | 1,120.00 |
| 1/04/22 | PA | Review of first amended complaint in preparation of drafting motion to dismiss | 1.00 | 400.00 |
| 1/05/22 | GF | Worked on understanding fully our basis for our motion to dismiss; looked at and noted the complaint and spoke to Prachi about where the work stands and specific arguments she is making in the motion and then followed up by email. | 3.20 | 1,600.00 |
| 1/05/22 | PA | Case law re: intentional interference with contractual relationship and intentional interference with prospective economic advantage | 3.60 | 1,440.00 |
| 1/05/22 | PA | Review of emails sent over by Nick McCandless re: ████████ ████████████████ | 1.70 | 680.00 |
| 1/06/22 | GF | Contributed to brief we are writing. | 3.20 | 1,600.00 |
| 1/06/22 | PA | Drafting motion to dismiss re: lack of personal jurisdiction | 3.30 | 1,320.00 |
| 1/06/22 | PA | Continued research re: personal jurisdiction re: sufficiency of pleadings, plaintiff as the only link to the forum, and requirements for general and specific jurisdiction | 3.70 | 1,480.00 |
| 1/07/22 | MB | Coordinate with Prachi re jurisdictional arguments for upcoming MTD. | .70 | 280.00 |
| 1/07/22 | PA | Review of additional materials sent over by N.McCandless to assess allegations re personal jurisdiction and subject matter jx to include in motion to dismiss | 1.30 | 520.00 |
| 1/07/22 | PA | Case law research re: supplemental jurisdiction to determine whether there is a basis to argue no supplemental jx over state law claims | 2.50 | 1,000.00 |
| 1/07/22 | PA | T/c with N. McCandless re ███████████████ | .50 | 200.00 |
| 1/07/22 | PA | Review of small claims cases and allegations to determine res judicata | 1.60 | 640.00 |
| 1/07/22 | PA | Email and t/c with M. Bogorad and email with G. Fox re: strategy on motion to dismiss | 1.20 | 480.00 |
| 1/10/22 | PA | Continued drafting of motion to dismiss for failure to state a cause of action- refining jurisdiction argument re: supplemental jurisdiction over state law claims | 4.40 | 1,760.00 |

Gerard Fox Law P.C.

Invoice: 17580                                                                February 1, 2022

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 1/10/22 | PA | T/c with Plaintiff's counsel re: meet and confer and deficiencies in his motion | .50 | 200.00 |
| 1/10/22 | PA | Case law research re: recoverable atty fees in a frivolous motion and subject matter jurisdiction over supplemental state law claims | 2.40 | 960.00 |
| 1/11/22 | PA | Case law research re: purposeful availment vs. purposeful direction analysis, harm felt in forum state, and whether place of incorporation of a business is enough for personal jx, and improper venue | 3.30 | 1,320.00 |
| 1/11/22 | PA | Continued drafting of motion to dismiss re: state law claims of interference with contractual relationships and prospective economic advantage | 4.80 | 1,920.00 |
| 1/12/22 | PA | Drafting motion to dismiss - state law claims and unfair competition claims | 4.70 | 1,880.00 |
| 1/12/22 | PA | Case law research re: res judicata, California unfair competition law, and denial of leave to amend | 1.80 | 720.00 |
| 1/12/22 | PA | Drafting motion to dismiss- standard under FRCP 9b with fraud alleged, argument re: leave to amend should be denied, and edits and revisions to motion | 2.40 | 960.00 |
| 1/12/22 | PA | Email correspondence with Plaintiff's counsel that they would be discontinuing 4 causes of action, and determination of litigation course going forward re: stipulation to move to amend | .50 | 200.00 |
| 1/13/22 | MB | Communicate with opposing counsel re further amendment of complaint; draft stipulation re same. | .70 | 280.00 |
| 1/13/22 | PA | Email communications with C. Zhen re: amending Complaint, t/c w. C. Zhen re: amending complaint and settlement offer, email follow up re: settlement offer and timeline for Amended Complaint | .70 | 280.00 |
| 1/13/22 | PA | T/c with N.McCandless to ███████████████████████ | .10 | 40.00 |
| 1/19/22 | GF | Read the new Amended Complaint twice and made notes on it for team meeting later; communicated with Nick, and then with team, and made notes to dismiss the little bit of this case that is left. | 3.10 | 1,550.00 |
| 1/23/22 | PA | Review of second amended complaint in preparation of revising motion to dismiss | .70 | 280.00 |
| 1/23/22 | PA | Drafting motion to dismiss second amended complaint | 1.90 | 760.00 |
| 1/24/22 | MB | Review draft of motion to dismiss; research re same; revise re same. | 6.80 | 2,720.00 |

Gerard Fox Law P.C.

Invoice: 17580

February 1, 2022

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 1/24/22 | PA | Edits and revisions to motion to dismiss second amended complaint | 3.60 | 1,440.00 |
| 1/24/22 | PA | Drafting affidavit for N. McCandless in support of motion to dismiss | 1.50 | 600.00 |
| 1/25/22 | MB | Continue revising and research for motion to dismiss; review and revise supporting evidence; further meet and confer with opposing counsel re same. | 6.40 | 2,560.00 |
| 1/25/22 | PA | Research into Anti SLAPP litigation and litigation privilege in support of motion to dismiss | .80 | 320.00 |
| 1/25/22 | PA | Review of emails to Reddit re: take down notices | .50 | 200.00 |
| 1/25/22 | PA | Research on personal jurisdiction specific to take down notices, in support of motion to dismiss | 1.30 | 520.00 |
| 1/26/22 | MB | Further edits and research for motion to dismiss; further meet and confer with opposing counsel re same. | 4.90 | 1,960.00 |
| 1/26/22 | PA | T/c with M. Bogorad re: motion and revisions to affidavit | .30 | 120.00 |
| 1/26/22 | PA | Drafting revised affidavit for N. McCandless in support of motion to dismiss | .50 | 200.00 |
| 1/26/22 | PA | Review of emails with N. McCandless re request to Reddit and details re: ownership of copyright, in support of motion to dismiss | .50 | 200.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 36,710.00**

**ADVANCED COSTS**

| Date | Description | Amount |
|------|-------------|--------|
| 1/01/22 | WESTLAW | 10.46 |
| 1/07/22 | Court Fees, LASC | 7.00 |
| 1/07/22 | Court Fees, LASC | 12.00 |
| 1/07/22 | Court Fees, LASC | 15.60 |

**TOTAL ADVANCED COSTS**     **$ 45.06**

**TOTAL THIS INVOICE**     **$ 36,755.06**

**BILLING HISTORY**
**From November 1, 2021**

Gerard Fox Law P.C.

Invoice: 17580                                                      February 1, 2022

| Transaction Date | Transaction Type | Invoice# | Amount | Balance |
|---|---|---|---|---|
| | Balance Forward | | | $ 6,630.00 |
| 11/05/21 | Receipt | 17310 | $ -6,630.00 | $ .00 |



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

McCandles Group LLC                                                     March 1, 2022

Dear Mr. McCandless,

Enclosed please find our invoice for professional services rendered and advanced costs. We provide detailed descriptions of our time, so that you may review our time entries. Any discrepancies should be brought to our attention immediately. If you have any questions after reviewing your invoice, please contact me.

    Thank you in advance for your prompt payment.

Sincerely,

Jacquelyn Doctrow
Assistant Office Manager
Gerard Fox Law P.C.
jdoctrow@gerardfoxlaw.com
310-441-0500



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

March 1, 2022

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17671 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## REMITTANCE ADVICE

| **CURRENT DUE THIS INVOICE** | **$ 15,394.53** |
|---|---|

Please return this advice with payment to:    Gerard Fox Law P.C.
ATTN:  Accounts Receivable
1880 Century Park East, Suite 1410
Los Angeles, CA 90067

Wire Instructions:



### DUE UPON RECEIPT

*Thank you!*
*Your business is greatly appreciated.*



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

March 1, 2022

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17671 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## INVOICE SUMMARY

For professional services rendered and advanced costs through February 28, 2022:

| | |
|---|---|
| Professional Services | $ 15,130.00 |
| Total Advanced Costs | $ 264.53 |
| **TOTAL THIS INVOICE** | **$ 15,394.53** |

Gerard Fox Law P.C.

Invoice: 17671                                                                    March 1, 2022

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 2/02/22 | GF | Spoke to Marina about knock out motion to dismiss what is left of Plaintiff's case. | 1.00 | 500.00 |
| 2/09/22 | MB | Finalize motion to dismiss; further meet and confer with opposing counsel re same. | 3.50 | 1,400.00 |
| 2/10/22 | GF | Read up on our planned strategy to throw out the last claim remaining and ask for sanctions; read the case law; made notes. | 4.10 | 2,050.00 |
| 2/10/22 | MB | Follow up re MTD filing; meet and confer with opposing counsel re dismissal of state law claims. | 2.40 | 960.00 |
| 2/11/22 | GF | Surveyed the law on the question Nic raised and conferred with Marina; and made notes for the call with Nic and then held the call and provided an outline for a letter to go out. | 3.20 | 1,600.00 |
| 2/11/22 | MB | Follow up re settlement letter & research re same. | 2.10 | 840.00 |
| 2/11/22 | IK | Email correspondence with Prachi Ajmera, Marina Bogorad re the legal research: if you make someone drop claims before an adverse decision, does it make you the prevailing party under the statute? Legal research re the same. Conference call with Prachi Ajmera re the same. Results sent to Prachi Ajmera. | 3.10 | 620.00 |
| 2/11/22 | IK | Email correspondence with Marina Bogorad re research on specifically at cases where voluntary dismissal was in the face of a pending motion to dismiss, which was likely to be granted. Legal research re the same. | 2.10 | 420.00 |
| 2/15/22 | GF | Looked at letter going out on the small claims games the other side is playing. | 1.00 | 500.00 |
| 2/18/22 | MB | Review and edit letter to opposing counsel re threats by plaintiff. | .80 | 320.00 |
| 2/18/22 | PA | Research on vexatious litigants, Hobbs Act, and extortion in preparation of drafting email to C. Zhen re threats from Z. Elliott to N. McCandless, and review of prior emails to C. Zhen re: discontinuance of claims as basis to include in letter | 1.80 | 720.00 |
| 2/18/22 | PA | Drafting email to C. Zhen to advise his client to stop harassing N. McCandless | 1.60 | 640.00 |
| 2/21/22 | GF | Read Prachi's  letter to opposing counsel about frivolous threats over more small claims suits and edited and made an important change and approved for it to be sent out. | .90 | 450.00 |

Gerard Fox Law P.C.

Invoice: 17671                                                          March 1, 2022

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 2/21/22 | MB | Research & draft response re non-opposition to MTD; follow up re filing re same. | 1.20 | 480.00 |
| 2/22/22 | GF | Reviewed the filing by the other side and took notes and corresponded via email with Marina about including the other side's threats to our client in filing with the court about the other side missing a deadline. | 2.80 | 1,400.00 |
| 2/22/22 | MB | Research & draft opposition re ex parte for Plaintiff to file late MTD opposition; review and analyze late opposition to MTD. | 3.20 | 1,280.00 |
| 2/24/22 | GF | Prepare for discussion on dealing with the court allowing a late opposition. | 1.90 | 950.00 |

**TOTAL PROFESSIONAL SERVICES**                       **$ 15,130.00**

**ADVANCED COSTS**

| Date | Description | Amount |
|------|-------------|--------|
| 2/01/22 | WESTLAW | 264.53 |

**TOTAL ADVANCED COSTS**                       **$ 264.53**

**TOTAL THIS INVOICE**                       **$ 15,394.53**

**BILLING HISTORY**
**From February 1, 2022**

| Transaction Date | Transaction Type | Invoice# | Amount | Balance |
|------------------|------------------|----------|--------|---------|
| | Balance Forward | | | $ 36,755.06 |
| 2/02/22 | Receipt | 17580 | $ -36,755.06 | $ .00 |



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

McCandles Group LLC                                                    April 1, 2022

Dear Mr. McCandless,

Enclosed please find our invoice for professional services rendered and advanced costs. We provide detailed descriptions of our time, so that you may review our time entries. Any discrepancies should be brought to our attention immediately. If you have any questions after reviewing your invoice, please contact me.

    Thank you in advance for your prompt payment.

Sincerely,

Jacquelyn Doctrow
Assistant Office Manager
Gerard Fox Law P.C.
jdoctrow@gerardfoxlaw.com
310-441-0500



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

April 1, 2022

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17758 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## REMITTANCE ADVICE

**CURRENT DUE THIS INVOICE**                    **$ 5,973.38**

Please return this advice with payment to:   Gerard Fox Law P.C.
ATTN:  Accounts Receivable
1880 Century Park East, Suite 1410
Los Angeles, CA 90067

Wire Instructions:



### DUE UPON RECEIPT

*Thank you!*
*Your business is greatly appreciated.*


Gerard Fox Law

Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

April 1, 2022

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17758 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## INVOICE SUMMARY

For professional services rendered and advanced costs through March 31, 2022:

| | |
|---|---|
| Professional Services | $ 5,940.00 |
| Total Advanced Costs | $ 33.38 |
| **TOTAL THIS INVOICE** | **$ 5,973.38** |

Gerard Fox Law P.C.

Invoice: 17758                                                                    April 1, 2022

## PROFESSIONAL SERVICES

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 3/03/22 | MB | Research and draft reply re our motion to dismiss. | 4.30 | 1,720.00 |
| 3/04/22 | GF | Review the most recent motions papers. Wrote out notes for the team and thought hard about it. | 2.90 | 1,450.00 |
| 3/23/22 | GF | ███████████████████████ ████████████████████ ████████████ | 2.10 | 1,050.00 |
| 3/29/22 | GF | Read the latest ruling dismissing the complaint but allowing one last time to amend; talked to team about sanctions and read Nic's email. | 2.00 | 1,000.00 |
| 3/29/22 | MB | Follow up re grant of MTD; research re same. | 1.80 | 720.00 |

**TOTAL PROFESSIONAL SERVICES**                          **$ 5,940.00**

## ADVANCED COSTS

| Date | Description | Amount |
|------|-------------|--------|
| 3/01/22 | WESTLAW | 31.18 |
| 3/31/22 | PHOTOCOPIES | 2.20 |

**TOTAL ADVANCED COSTS**                          **$ 33.38**

**TOTAL THIS INVOICE**                          **$ 5,973.38**

## BILLING HISTORY
**From March 1, 2022**

| Transaction Date | Transaction Type | Invoice# | Amount | Balance |
|------------------|------------------|----------|--------|---------|
|  | Balance Forward |  |  | $ 15,394.53 |
| 3/02/22 | Receipt | 17671 | $ -15,394.53 | $ .00 |



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

McCandles Group LLC                                                              May 2, 2022

Dear Mr. McCandless,

Enclosed please find our invoice for professional services rendered and advanced costs. We provide detailed descriptions of our time, so that you may review our time entries. Any discrepancies should be brought to our attention immediately. If you have any questions after reviewing your invoice, please contact me.

Thank you in advance for your prompt payment.

Sincerely,

Heather Kyles
Executive Assistant to Gerard Fox
Gerard Fox Law P.C.
hkyles@gerardfoxlaw.com
310-441-0500



Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

May 2, 2022

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17834 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## REMITTANCE ADVICE

**CURRENT DUE THIS INVOICE**                     **$ 6,453.43**

Please return this advice with payment to:     Gerard Fox Law P.C.
ATTN:  Accounts Receivable
1880 Century Park East, Suite 1410
Los Angeles, CA 90067

Wire Instructions:



**DUE UPON RECEIPT**

*Thank you!*
*Your business is greatly appreciated.*



Gerard Fox Law

Billing Department- 310-441-0500

1880 Century Park East, Suite 1410
Los Angeles, California 90067
Gerardfoxlaw.com

May 2, 2022

McCandles Group LLC

| | |
|---|---|
| Invoice: | 17834 |
| Client: | 1823 |
| Matter: | 2119 |
| Billing Attorney: | GF |

## INVOICE SUMMARY

For professional services rendered and advanced costs through April 30, 2022:

| | |
|---|---|
| Professional Services | $ 6,450.00 |
| Total Advanced Costs | $ 3.43 |
| **TOTAL THIS INVOICE** | **$ 6,453.43** |

Gerard Fox Law P.C.

Invoice: 17834                                                                                          May 2, 2022

## PROFESSIONAL SERVICES

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 4/07/22 | PA | Review of court order re: amended complaint, notice for scheduling conference and email with DMA counsel re: status of amended answer | .50 | 200.00 |
| 4/14/22 | GF | Read emails from Marina about how the other side failed to amend timely; then read emails from Nick and Marina about filing a motion for sanctions; asked the accounting department to let us know how much Nick paid in fees on these frivolous claims; then wrote out notes for team that will write sanctions motion and exchanged emails with Nick about this motion. | 2.10 | 1,050.00 |
| 4/19/22 | PA | Drafting motion on recovery of attorneys fees | 1.70 | 680.00 |
| 4/20/22 | MB | Draft final judgment & follow up re submitting the same. | .90 | 360.00 |
| 4/26/22 | GF | Asked accounting to tell me how much Nick paid so we can claim it all for sanctions; read the cases Marina will rely upon to assess our chances for a fee recovery.  Wrote out other factors to cite to the judge. | 3.20 | 1,600.00 |
| 4/28/22 | MB | Review background for pre-litigation history and other research in preparation for fees/sanctions motion. | 2.50 | 1,000.00 |
| 4/29/22 | MB | Continue research in preparation for fees/sanctions motion. | 3.90 | 1,560.00 |

**TOTAL PROFESSIONAL SERVICES**                          **$ 6,450.00**

## ADVANCED COSTS

| Date | Description | Amount |
|------|-------------|--------|
| 4/01/22 | WESTLAW | 3.43 |

**TOTAL ADVANCED COSTS**                    **$ 3.43**

**TOTAL THIS INVOICE**                    **$ 6,453.43**

## BILLING HISTORY
## From April 1, 2022

| Transaction Date | Transaction Type | Invoice# | Amount | Balance |
|------------------|------------------|----------|--------|---------|
|  | Balance Forward |  |  | $ 5,973.38 |
| 4/04/22 | Receipt | 17758 | $ -5,973.38 | $ .00 |

Gerard Fox Law P.C.

Invoice: 17834                                                                    May 2, 2022

**Time Report**
Billed
McCandless Group LLC / v. Digital Marketing Advisors (1823-2119)

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status | Narrative | Posted |
|------|---------|----------|------|-------------|-------------|------|----------|----------|-----------|---------|---------|----------|---------|----------|---------|--------|-----------|--------|
| 05/02/2022 | L460 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 5.90 | 2,360.00 | 400.00 | 5.90 | 2,360.00 | 400.00 | 10000 | | 0 | Unbilled | Additional research for motion for fees and/or sanctions; revise draft re same. | 5/2022 |
| 05/02/2022 | L250 | 0122 | Prachi Ajmera | 40 | Associate | 1 | 4.80 | 1,920.00 | 400.00 | 4.80 | 1,920.00 | 400.00 | 10000 | A102 | 0 | Unbilled | Research re: sanction under FRCP 11, Inherent authority and 28 USC 1927 | 5/2022 |
| 05/02/2022 | L250 | 0122 | Prachi Ajmera | 40 | Associate | 1 | 5.10 | 2,040.00 | 400.00 | 5.10 | 2,040.00 | 400.00 | 10000 | A103 | 0 | Unbilled | Edits and revisions to motion for attorneys fees and sanctions | 5/2022 |
| 05/03/2022 | L460 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 5.10 | 2,040.00 | 400.00 | 5.10 | 2,040.00 | 400.00 | 10000 | | 0 | Unbilled | Finish revising draft re motion for fees/sanctions; follow up with additional research re same; follow up with factual research re same. | 5/2022 |
| 05/03/2022 | L250 | 0122 | Prachi Ajmera | 40 | Associate | 1 | 3.20 | 1,280.00 | 400.00 | 3.20 | 1,280.00 | 400.00 | 10000 | A103 | 0 | Unbilled | Edits and revisions to motion and review of prior correspondence with Plaintiff's counsel re: meet and confer efforts to include information in motion | 5/2022 |
| 05/03/2022 | L250 | 0122 | Prachi Ajmera | 40 | Associate | 1 | 1.90 | 760.00 | 400.00 | 1.90 | 760.00 | 400.00 | 10000 | A102 | 0 | Unbilled | Check case cites and including further case law support re: sanctions | 5/2022 |
| 05/04/2022 | L460 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 2.50 | 1,000.00 | 400.00 | 2.50 | 1,000.00 | 400.00 | 10000 | | 0 | Unbilled | Follow up re collecting evidence in support of motion for fees/sanctions; communicate with opposing counsel re meet and confer. | 5/2022 |
| 05/05/2022 | L460 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 2.80 | 1,120.00 | 400.00 | 2.80 | 1,120.00 | 400.00 | 10000 | | 0 | Unbilled | Revise declarations in support; continue follow up re supporting evidence for motion for fees/sanctions. | 5/2022 |
| | | | | | | | 31.30 | 12,520.00 | | 31.30 | 12,520.00 | | | | | | | |