# EXHIBIT – 2 –

**Subject:** FW: continued malicious DMCA takedown abuse

**From:** Nick McCandless <nick@nickmccandless.com>
**Sent:** Monday, April 04, 2022 12:39 PM
**To:** Gerard Fox <gfox@gerardfoxlaw.com>; Marina Bogorad <mbogorad@gerardfoxlaw.com>; Prachi Ajmera <pajmera@gerardfoxlaw.com>
**Subject:** Fwd: continued malicious DMCA takedown abuse




Begin forwarded message:

**From:** Zachary Elliot <ze@shorethang.media>
**Subject: continued malicious DMCA takedown abuse**
**Date:** April 4, 2022 at 3:37:28 PM EDT
**To:** Nick McCandless <nick@nickmccandless.com>

Nick,

In the last two weeks, either you or your legal support team have taken down 27 pieces of our copyright content from Reddit.

As promised, because your precious firm in Century City seems to think you are above responsibility for interfering with our marketing, you and I will continue this matter in Small Claims court.

I am a man of my word and since December 2020, you are persistently in my way.

The way out of this is an out of court agreement w/ a liquidated damages clause. If you are unwilling to discuss such an agreement — and you keep up this deliberate, targeted behavior — I'm just going to keep suing you.

very best,
Zach

**Zachary Elliot**

https://ShoreThang.media
Direct: (310) 428-9832

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), please contact the sender by reply e-mail and destroy all copies of the communication and any attachments.*