# EXHIBIT – 3 –

**Subject:** FW: DMA v. McCandless - Nov 24 Response Deadline

**From:** chris.zhen@zhenlawfirm.com <chris.zhen@zhenlawfirm.com>
**Sent:** Tuesday, November 23, 2021 12:36 PM
**To:** James Burrell <jburrell@gerardfoxlaw.com>
**Subject:** RE: DMA v. McCandless - Nov 24 Response Deadline

" Warning, External Sender"
Hi James,

The client makes a demand for **$53,200** to entirely settle all issues including the small claims complaints, the DMCA issues and any associated causes of action arising from these allegations.

Also, the client requests that any settlement include a provision for mutual non-interference with liquidated damages.

Thanks.

-
Chris

*This email and any attachments may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or its attachments) by others is prohibited. If you are not the intended recipient, please contact the sender and delete the original and any copies of this email and its attachments.*

Chris J. Zhen
**ZHEN LAW FIRM**
Los Angeles, CA
chris.zhen@zhenlawfirm.com
213.935.0715