GERARD FOX LAW P.C.
GERARD P. FOX (SBN 151649)
gfox@gerardfoxlaw.com
MARINA V. BOGORAD (SBN 217524)
mbogorad@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Tel: (310) 441-0500
Fax: (310) 441-4447

Attorneys for Defendants
McCandless Group, LLC
and Nicholas McCandless

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digital Marketing Advisors,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>McCandless Group, LLC, *et al.*,<br><br>　　　　　　　Defendants. | Case No.: 2:21-cv-06888<br><br>Hon. Andre Birotte Jr.<br><br>DECLARATION OF MARINA V. BOGORAD IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES, OR, IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO C.D. CAL. LOCAL RULES 11-9 AND 83-7, 28 U.S.C. § 1927 AND/OR THE COURT'S INHERENT AUTHORITY. |

-1-

I, Marina V. Bogorad, hereby declare as follows:

1. I am an attorney fully licensed by the State Bar of California. I am admitted to practice in the state and federal courts located within the State of California, including the United States Courts of Appeals for the Second, Fourth and Ninth Circuits, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court. I make this declaration based on my personal knowledge and could competently testify to these facts if called upon to do so.

2. I am a partner at Gerard Fox Law who has worked on this matter representing Defendants McCandless Group, LLC and Nicholas McCandless. Prior to Gerard Fox Law, I spent the first twelve years of my career at Skadden Arps Slate Meagher & Flom LLP.

3. I am a 2001 graduate of University of California, Los Angeles School of Law.

4. I have more than twenty years of experience in complex commercial litigation and international arbitrations, representing clients in U.S. trial and appellate courts on both federal and state level, as well as before the International Chamber of Commerce. I have achieved significant high-profile victories for my clients, including copyright matters such as *Hall v. Swift*, both in obtaining a reversal of the dismissal on the pleadings before the Ninth Circuit (where I handled briefing and oral argument), as well as withstanding summary judgment in the same matter before the trial court. I was also the principal brief writer in the long-running *Mattel, Inc. v. MGA Entertainment Inc*. matter, which involved copyright infringement issues in the "battle of the dolls" between Barbie and Bratz dolls.

5. I have reviewed the Declaration of Gerard P. Fox in Support of the Motion at bar and the associated appendices and hereby affirm that they accurately reflect my qualifications, as well as my time and involvement in this case. In particular, the $400 per hour billing rate that the firm charged for my time in this matter is significantly lower than I normally charge my clients, as my rate is usually between $650 and $800. As such, it is certainly reasonable when compared to the other lawyers of my level of seniority and

experience in the relevant Los Angeles legal market.

6. On January 24, 2022 and January 25, 2022, I informed Plaintiff's counsel in this case that Defendants intended to move to dismiss Plaintiff's state law claims on the grounds of preemption and/or precluded by California anti-SLAPP law because the takedown notices are protected by California litigation privilege.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2022 at Los Angeles, California.

_____
Marina V. Bogorad