GERARD FOX LAW P.C.
GERARD P. FOX (SBN 151649)
gfox@gerardfoxlaw.com
MARINA V. BOGORAD (SBN 217524)
mbogorad@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Tel: (310) 441-0500
Fax: (310) 441-4447

Attorneys for Defendants
McCandless Group, LLC
and Nicholas McCandless

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Digital Marketing Advisors,<br><br>           Plaintiff,<br><br>      v.<br><br>McCandless Group, LLC, *et al.*,<br><br>           Defendants. | Case No.: 2:21-cv-06888<br><br>Hon. Andre Birotte Jr.<br>Courtroom 7B<br><br><br>DECLARATION OF PRACHI AJMERA IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES, OR, IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO C.D. CAL. LOCAL RULES 11-9 AND 83-7, 28 U.S.C. § 1927 AND/OR THE COURT'S INHERENT AUTHORITY. |

I, Prachi Ajmera, hereby declare as follows:

1.      I am a senior associate of the law firm Gerard Fox Law P.C, with locations at 1880 Century Park East #1410, Los Angeles, California and 1345 6th Avenue, 33rd Floor, New York, New York.  I make this declaration based on my personal knowledge and could competently testify to these facts if called upon to do so.

2.      I represent Defendants McCandless Group, LLC and Nicholas McCandless in this action, alongside partners Gerard P. Fox, Marina Bogorad, and fellow former associate James Burrell.

3.      My hourly rate for this matter was $400.  This hourly rate is reasonable and in line with (and actually lower than) the hourly rates normally charged for similar work by attorneys of like skill and experience in the Los Angeles relevant legal market.  I have over nine years of litigation experience, including managing cases from inception through trial.  I obtained my law degree from Brooklyn Law School in 2012.  Prior to joining the firm, I worked at a boutique law firm specializing in the New York Labor Law, where I represented municipalities, private corporations, and prominent universities.  Prior to that, I practiced general liability defense work at a leading national firm.

4.      I became involved on this case around November 17, 2021.  I reviewed an email from James Burrell, which detailed his meet and confer efforts with Plaintiff's counsel, discussing the previously litigated claims included in Plaintiff's complaint.  Plaintiff then filed an amended complaint, which still included the already litigated claims.  As such, Defendants were forced to meet and confer further, pointing out that the already-litigated claims remained, while continuing to insist that Plaintiff's pleadings were insufficient.

5.      Specifically, on January 10, 2022, I informed Plaintiff's counsel that the pleadings were insufficient and would not survive a motion to dismiss under Rule 12(b)(6).  Plaintiff's counsel disagreed and maintained that the claims presented sufficient facts to survive any such motion, including facts showing the required intent for

1   purportedly false takedown noticed under the federal statute.

2       6.      Rather than withdraw the complaint or inform Defendants of how it intended

3   to proceed, Plaintiff took its time.  This resulted in Defendants being compelled to prepare

4   a motion to dismiss papers.  Four days before Defendants' response to the complaint was

5   due, Plaintiff filed its second amended complaint.

6       7.      Plaintiff's second amended complaint was similarly inadequately pleaded,

7   forcing further meet and confer efforts between the parties.  In response to these further

8   meet and confer efforts, Plaintiff finally agreed to voluntarily dismiss its deficient state

9   law claims.  Accordingly, Defendants moved to dismiss the only remaining claim.

10      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of

11  the United States of America that the foregoing is true and correct.

12      Executed on May 6, 2022 in New York, New York.

13

14                                      _____

15                                      Prachi Ajmera, Esq.

16

17

18

19

20

21

22

23

24

25

26

27

28