Matthew C. Heerde (SBN 241771)
  mheerde@heerdelaw.com
HEERDE LAW PLLC
48 Wall Street 31st Floor
New York, New York 10005
Telephone: 347-460-3588
Facsimile:  347-535-3588
*Attorneys for Plaintiff Digital Marketing Advisors*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DIGITAL MARKETING ADVISORS, a California corporation, | Case No. 2:21-cv-06888-AB-GJS |
| *Plaintiff,* | **NOTICE OF MOTION TO WITHDRAW AS ATTORNEY** |
| vs. | |
| MCCANDLESS GROUP, LLC, a Florida limited liability company, NICHOLAS MCCANDLESS, an individual, DOES 1 – 10, | |
| *Defendants*. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Friday June 30, 2023 at 10:00 am, or as soon thereafter as counsel may be heard, in the United States District Court for the

1

**NOTICE OF MOTION TO WITHDRAW AS ATTORNEY**

Central District of California, the Honorable André Birotte, District Judge presiding, the undersigned Matthew C. Heerde will and hereby does move the Court for an order permitting Matthew C. Heerde to withdraw as attorney from representing Plaintiff in this action, and for such other and further relief as this Court deems just and proper.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 25, 2023, and is brought pursuant to Local Rule 83-2.3 and is based on the grounds that good cause exists to grant this motion, as follows:

- Plaintiff consents to Mr. Heerde's withdrawal from this case, and Plaintiff has been made aware of the consequences of its inability to proceed pro se;

- Plaintiff's engagement of Mr. Heerde's services was limited to an appeal that has been dismissed, and Plaintiff's engagement of Mr. Heerde's services has ended;

- Plaintiff's does not intend to engage or pay for Mr. Heerde to represent Plaintiff in this action or with respect to any judgment enforcement procedures;

- Plaintiff's counsel Chris Zhen, who filed the complaint in this action on behalf of Plaintiff and has represented Plaintiff for the duration of this

action, remains counsel of record for Plaintiff and can continue to

represent Plaintiff;

Respectfully submitted:

New York, New York
June 1, 2023                    HEERDE LAW PLLC

                                /s/ Matthew C. Heerde
                           By: Matthew C. Heerde (SBN 241771)
                                mheerde@heerdelaw.com
                                48 Wall Street 26th Floor
                                New York, NY 10005
                                Tel: 347-460-3588
                                Fax: 347-535-3588
                                *Attorneys for Plaintiff Digital*
                                *Marketing Advisors*

3
**NOTICE OF MOTION TO WITHDRAW AS ATTORNEY**