Matthew C. Heerde (SBN 241771)
 mheerde@heerdelaw.com
HEERDE LAW PLLC
48 Wall Street 26th Floor
New York, New York 10005
Telephone: 347-460-3588
Facsimile:  347-535-3588
*Attorneys for Plaintiff Digital Marketing Advisors*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DIGITAL MARKETING ADVISORS, a California corporation,<br><br>*Plaintiff/Judgment Debtor,*<br><br>vs.<br><br>MCCANDLESS GROUP, LLC, a Florida limited liability company, NICHOLAS MCCANDLESS, an individual, DOES 1 – 10,<br><br>*Defendants/Judgment Creditors.* | Case No. 2:21-cv-06888-AB-GJS<br><br>**DECLARATION OF MATTHEW C. HEERDE IN SUPPORT OF MOTION TO WITHDRAW** |

I, Matthew C. Heerde, declare the following under penalty of perjury of the laws of the United States of America:

1

**DECLARATION OF MATTHEW C. HEERDE**

1. I am the principal attorney of Heerde Law PLLC, presently one of the two counsel of record for Plaintiff in this action. I make this declaration in support of my motion to withdraw from representing Plaintiff/Judgment Creditor Digital Marketing Advisors in this action. I have personal knowledge of the facts stated in this declaration.

2. Digital Marketing Advisors engaged me only to file an appeal of the Court's October 27, 2022 Order granting attorney fees (Docket No. 58). That appeal was dismissed on January 11, 2023 by stipulation with Defendants.

3. Plaintiff has not engaged or paid for my firm's services representing Plaintiff in this District Court in this action; and Plaintiff will not be engaging or paying for my firm's services representing Plaintiff in this District Court with respect to any judgment enforcement procedures by Defendants. Plaintiff's account with my office is currently in arrears and has been for several months.

4. Per Local Rule 83-2.3.4, I have informed Plaintiff's owner Zachary Urbina of the consequences of Plaintiff's inability to proceed pro se. As noted in his sworn declaration, Mr. Urbina has acknowledged that he understands the consequences of Plaintiff's inability to proceed pro se.

5. On April 3, 2023, I emailed counsel for Defendants/Judgment Creditors informing them that I would be moving to withdraw from representing

Plaintiff in this action.  Counsel did not reply or indicate any opposition to my moving to withdraw.

      6.      On May 25, 2023, pursuant to Local Rule 7-3, I telephoned counsel for Defendants/Judgment Creditors, Ashley Morris, but I was unable to reach her or her associate by phone.  Thus, I emailed Ms. Morris, attaching my proposed notice of this motion to withdraw and a proposed order, seeking counsel's consent to my office's withdrawal from representing plaintiff, and seeking consent for me to appear telephonically on the hearing of this motion.  About 40 minutes later, Attorney Ashley Morris responded to my email, stating that Defendants/Judgment Creditors "intend to oppose any motion for relief to withdraw as counsel.  We believe that the presence of counsel is necessary to obtain the information we need related to the judgment."  Ms. Morris indicated consent to my telephonic appearance at the hearing of this motion.  Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of my email correspondence with counsel for Defendants/Judgment Creditors.

      7.      At the time of this filing, Attorney Chris Zhen remains counsel of record in this action for Plaintiff/Judgment Debtor.  Attorney Zhen filed the complaint on behalf of Plaintiff in this action, and has represented Plaintiff during the entirety of this action.

3
**DECLARATION OF MATTHEW C. HEERDE**

I declare the foregoing to be true under penalty of perjury under the laws of the United States of America.

Executed:   New York, New York
            June 1, 2023

HEERDE LAW PLLC

By: Matthew C. Heerde (SBN 241771)
    mheerde@heerdelaw.com
    48 Wall Street 26th Floor
    New York, NY 10005
    Tel: 347-460-3588
    Fax: 347-535-3588
    *Attorneys for Plaintiff Digital Marketing Advisors*