# EXHIBIT 1

| | |
|---|---|
| **Subject:** | RE: 2:21-CV-06888: Digital Marketing Advisors v. McCandless Group LLC |
| **Date:** | Thursday, May 25, 2023 at 5:10:10 PM Eastern Daylight Time |
| **From:** | Ashley Morris |
| **To:** | Matthew Heerde, Emily Cuevas |
| **CC:** | Reed Shankwiler, Gerard Fox |
| **Attachments:** | image001.png |

Good afternoon Mr. Heerde,

I'm sorry I was unable to take your call.

While I understand the difficulty you are facing with your client, we intend to oppose any motion for relief to withdraw as counsel. We believe that the presence of counsel is necessary to obtain the information we need related to the judgment.

We will consent to your telephonic appearance.

Sincerely,

**Ashley R. Morris**
GERARD FOX LAW P.C.
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
direct: 424.777.4755
fax: 310.441.4447

---

**From:** Matthew Heerde <mheerde@heerdelaw.com>
**Sent:** Thursday, May 25, 2023 1:31 PM
**To:** Ashley Morris <amorris@gerardfoxlaw.com>; Emily Cuevas <ecuevas@gerardfoxlaw.com>
**Subject:** FW: 2:21-CV-06888: Digital Marketing Advisors v. McCandless Group LLC

" Warning, External Sender"
Ashley,

I called your office hoping to speak with Reed about my email below, and I spoke with Emily who said you are the attorney handling the Digital Marketing Advisors / McCandless case in CD Cal.

Can you please let me know if your clients have any objection to my firm withdrawing its representation of Digital Marketing Advisors in this case.

Please also let me know if you consent to my telephonic appearance at any hearing on this motion.

The revised notice of motion I intend to file is attached here, setting any hearing for June 30, 2023, with a draft proposed order.  The rest of the motion would be the same as was filed May 23.

If a phone call is helpful, please let me know when works, or please call the 347 number below.

Thank you

Matthew Heerde, Esq.
**HEERDE LAW PLLC**
48 Wall Street 31st Floor  |  New York, NY 10005
Phone: (347) 460-3588 | Fax: (347) 535-3588
mheerde@heerdelaw.com | www.heerdelaw.com
-------------------------------------------------------------------------------------------------------------------------------------------------------------

NOTICE: This e-mail and any attachments may contain legally privileged and/or confidential information. If you are not the intended recipient, any dissemination, distribution or copying of this e-mail and its attachments is strictly prohibited. If you receive this transmission in error, please immediately notify the sender by telephone or e-mail and permanently delete this e-mail and its attachments and destroy any printout thereof.

**From:** Matthew Heerde <mheerde@heerdelaw.com>
**Date:** Thursday, May 25, 2023 at 2:18 PM
**To:** Lue Wahjudi <lwahjudi@gerardfoxlaw.com>, ze@shorethang.media <ze@shorethang.media>
**Cc:** Reed Shankwiler <rshankwiler@gerardfoxlaw.com>, Kathryn Lunn <klunn@gerardfoxlaw.com>, Heather Kyles <hkyles@gerardfoxlaw.com>, Adriana Diaz <adiaz@gerardfoxlaw.com>
**Subject:** Re: 2:21-CV-06888: Digital Marketing Advisors v. McCandless Group LLC

Mr. Shankwiler and counsel,

Pursuant to Local Rule 7-3, please let me know if your clients have any objection to my firm withdrawing its representation of Digital Marketing Advisors in this case.

Please also let me know if you consent to my telephonic appearance at any hearing on this motion.

The revised notice of motion I intend to file is attached here, setting any hearing for June 30, 2023, with a draft proposed order.  The rest of the motion would be the same as was filed May 23.

If a phone call is helpful, please let me know when works, or please call the 347 number below.

Thank you

Matthew Heerde, Esq.
**HEERDE LAW PLLC**
48 Wall Street 31st Floor  |  New York, NY 10005
Phone: (347) 460-3588 | Fax: (347) 535-3588
mheerde@heerdelaw.com | www.heerdelaw.com

------------------------------------------------------------------------------------------------------------------------

NOTICE: This e-mail and any attachments may contain legally privileged and/or confidential information. If you are not the intended recipient, any dissemination, distribution or copying of this e-mail and its attachments is strictly prohibited. If you receive this transmission in error, please immediately notify the sender by telephone or e-mail and permanently delete this e-mail and its attachments and destroy any printout thereof.