Matthew C. Heerde (SBN 241771)
 mheerde@heerdelaw.com
HEERDE LAW PLLC
48 Wall Street 26th Floor
New York, New York 10005
Telephone: 347-460-3588
Facsimile:  347-535-3588
*Attorneys for Plaintiff/Judgment Creditor*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DIGITAL MARKETING ADVISORS, a California corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>MCCANDLESS GROUP, LLC, a Florida limited liability company, NICHOLAS MCCANDLESS, an individual, DOES 1 – 10,<br><br>*Defendants*. | Case No. 2:21-cv-06888-AB-GJS<br><br>**DECLARATION OF ZACHARY URBINA IN SUPPORT OF MATTHEW C. HEERDE MOTION TO WITHDRAW AS ATTORNEY** |

  I, Zachary Urbina, declare the following under penalty of perjury of the laws of the United States:

1

**DECLARATION OF ZACHARY URBINA**

1. I am the owner of Plaintiff/Judgment Creditor Digital Marketing Advisors in this action. I am submitting this declaration in support of Matthew C. Heerde's motion to withdraw from representing Plaintiff in this case.

2. Digital Marketing Advisors engaged Matthew C. Heerde to file an appeal of the Court's October 27, 2022 Order granting attorney fees (Docket No. 58). That appeal was dismissed on January 11, 2023 by stipulation with Defendants.

3. Plaintiff has not engaged or paid for Matthew C. Heerde's services representing Plaintiff in this Court in this action; and Plaintiff will not be engaging or paying for Matthew C. Heerde's services representing Plaintiff in this Court with respect to any judgment enforcement action by Defendants.

4. Mr. Heerde has informed me of the consequences of Plaintiff's inability to proceed pro se. Plaintiff consents to Mr. Heerde's withdrawal.

I declare the foregoing under penalty of perjury under the laws of the United States of America.

Executed May 23, 2023 at Mexico City, Mexico.   _____
                                                 Zachary Urbina

2
DECLARATION OF ZACHARY URBINA