Matthew C. Heerde (SBN 241771)
 mheerde@heerdelaw.com
HEERDE LAW PLLC
48 Wall Street 31st Floor
New York, New York 10005
Telephone: 347-460-3588
Facsimile:  347-535-3588
*Attorneys for Plaintiff Digital Marketing Advisors*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DIGITAL MARKETING ADVISORS, a California corporation,<br><br>*Plaintiff/Judgment Debtor,*<br><br>vs.<br><br>MCCANDLESS GROUP, LLC, a Florida limited liability company, NICHOLAS MCCANDLESS, an individual, DOES 1 – 10,<br><br>*Defendants/Judgment Creditor.* | Case No. 2:21-cv-06888-AB-GJS<br><br>**[PROPOSED] ORDER** |

After due consideration of all the relevant pleadings, papers and records in this action, and upon such oral and documentary evidence or argument as was presented to the Court with respect to the Motion by Matthew C. Heerde for leave

to withdraw as counsel for Plaintiff/Judgment Creditor Digital Marketing Advisors (the "Motion to Withdraw"), the Court hereby finds that:

Good cause exists for granting the Motion to Withdraw.

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion to Withdraw is granted;

2. Attorney Matthew C. Heerde is hereby relieved as counsel of record for Plaintiff/Judgment Creditor Digital Marketing Advisors and no longer represents Plaintiff/Judgment Creditor Digital Marketing Advisors as counsel of record in this action;

3. A copy of this Order shall be served on Plaintiff/Judgment Creditor Digital Marketing Advisors by Mr. Heerde, by email to chris.zhen@zhenlawfirm.com, ze@shorethang.media, and on all other counsel of record in this action.

IT IS SO ORDERED.

Dated: _____
United States District Judge