GERARD FOX LAW P.C.
GERARD P. FOX (SBN 151649)
gfox@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Tel: (310) 441-0500
Fax: (310) 441-4447

*Attorney for Judgment Creditors*
McCandless Group, LLC
and Nicholas McCandless

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Digital Marketing Advisors,<br><br>           Plaintiff,<br><br>v.<br><br>McCandless Group, LLC, *et al*;<br>Nicholas McCandless,<br><br>           Defendants. | Case No.   2:21-cv-6888<br><br>**[PROPOSED] ORDER ON JUDGMENT CREDITORS' APPLICATION TO FILE DOCUMENTS IN SUPPORT OF ITS DECLARATION FOR ATTORNEYS' FEES PURSUANT TO FRCP 37(a)(5) UNDER SEAL OR IN CAMERA REVIEW**<br><br>Hon. Michael R. Wilner |

[PROPOSED] ORDER ON JUDGMENT CREDITORS' MOTION TO SEAL

Judgment Creditors MCCANDLESS GROUP, LLC & NICHOLAS MCCANDLESS moved ("Motion") for an order sealing certain records under Civil Local Rule 79-5.2.2(a) or for in camera review under Civil Local Rule 79-6.2.

Having duly reviewed and considered the moving papers, the supporting documents attached thereto, the inferences reasonably drawn therefrom, the arguments of counsel, and all other evidence and matters presented, the Court finds as follows:

1. There exists an overriding interest that overcomes the right of public access to the below-specified records;
2. The overriding interest supports sealing the below-specified records;
3. A substantial probability exists that the overriding interest will be prejudiced if the below-specified records are not sealed;
4. The below-specified records have been tailored to narrowly limit the scope and overall quantum of records to be sealed; and
5. No less restrictive means exist to achieve the overriding interest than to seal the below-specified records.

Based on the above-enumerated findings, and for good cause appearing, Judgment Creditors' Motion is GRANTED and, therefore, it is ORDERED that the below-specified records, which were lodged conditionally under seal on June 29, 2023, in connection with Judgment Creditors' Declaration of Gerard P. Fox in Support of Expenses Pursuant to FRCP 37(a)(5), be sealed:

The Time Report, attached as Exhibit A to the Declaration of Judgment Creditors' Declaration of Gerard P. Fox in Support of Filing Under Seal or In Camera Review.

IT IS FURTHER ORDERED that:

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Michael R. Wilner
United States Magistrate Judge