# Time Report

**Billed and Unbilled**

McCandless Group LLC / v. Digital Marketing Advisors (1823-2119)                                                                                   06/26/2023

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2022 | L160 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 1.20 | 480.00 | 400.00 | 1.20 | 480.00 | 400.00 | 10000 | | 18519 | Billed |
| Follow up re latest settlement correspondence and appeal filing. |
| 12/14/2022 | SETTL | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 0.40 | 160.00 | 400.00 | 0.40 | 160.00 | 400.00 | 10000 | | 18626 | Billed |
| Review settlement correspondence and draft response. |
| 12/21/2022 | L470 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 2.10 | 840.00 | 400.00 | 2.10 | 840.00 | 400.00 | 10470 | | 18626 | Billed |
| Research and draft collection docs for judgment. |
| 12/22/2022 | L440 | 0128 | Tom Dreblow | 40 | Associate | 1 | 1.60 | 776.00 | 485.00 | 1.60 | 776.00 | 485.00 | 10000 | | 0 | Billed |
| Review file and prepare for upcoming trial de novo small claims appeal. |
| 12/22/2022 | L440 | 0128 | Tom Dreblow | 40 | Associate | 1 | -1.60 | -776.00 | 485.00 | -1.60 | -776.00 | 485.00 | 10000 | | 0 | Billed |
| 12/22/2022 | L440 | 0128 | Tom Dreblow | 40 | Associate | 1 | 1.60 | 640.00 | 400.00 | 1.60 | 640.00 | 400.00 | 10000 | | 18626 | Billed |
| Review file and prepare for upcoming trial de novo small claims appeal. |
| 12/28/2022 | L450 | 0128 | Tom Dreblow | 40 | Associate | 1 | 3.50 | 1,697.50 | 485.00 | 3.50 | 1,697.50 | 485.00 | 10000 | | 0 | Billed |
| Appearance and argument at trial de novo. |
| 12/28/2022 | L450 | 0128 | Tom Dreblow | 40 | Associate | 1 | 3.50 | 1,400.00 | 400.00 | 3.50 | 1,400.00 | 400.00 | 10000 | | 18626 | Billed |
| Appearance and argument at trial de novo. |
| 12/28/2022 | L450 | 0128 | Tom Dreblow | 40 | Associate | 1 | -3.50 | -1,697.50 | 485.00 | -3.50 | -1,697.50 | 485.00 | 10000 | | 0 | Billed |
| 12/29/2022 | L470 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 2.90 | 1,160.00 | 400.00 | 2.90 | 1,160.00 | 400.00 | 10470 | | 18626 | Billed |
| Further research re collection procedure; draft forms re same. |
| 01/04/2023 | L190 | 0128 | Tom Dreblow | 40 | Associate | 1 | 0.30 | 120.00 | 400.00 | 0.30 | 120.00 | 400.00 | 10190 | | 18730 | Billed |
| Review and analyze court orders regarding December 28, 2022 trial de novo. |
| 01/10/2023 | L510 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 1.40 | 560.00 | 400.00 | 1.40 | 560.00 | 400.00 | 10500 | | 18730 | Billed |
| Draft response re mediation; communicate with client and Gerry re same; follow up re further steps on judgment enforcement. |
| 01/11/2023 | L510 | 0003 | Marina Bogorad | 20 | Non Equity Partner | 1 | 0.90 | 360.00 | 400.00 | 0.90 | 360.00 | 400.00 | 10500 | | 18730 | Billed |
| Communicate re appeal dismissal; review and comment re stip for same; communicate with client re same. |
| 01/18/2023 | L120 | 0001 | Gerard Fox | 10 | Partner | 1 | 1.60 | 800.00 | 500.00 | 1.60 | 800.00 | 500.00 | 10000 | | 18730 | Billed |
| Went over how we will collect with Marina. Instructed the team to be aggressive and reviewed some statutes on this area of the law again. |
| ▬▬▬▬ | ▬▬ | ▬▬ | ▬▬▬ | | ▬▬ | | ▬▬ | ▬▬ | | ▬▬ | ▬▬ | | ▬▬ | | ▬▬ | ▬▬ |
| ▬▬▬▬ | ▬▬ | ▬▬ | ▬▬▬▬▬▬ | | ▬▬ | | ▬▬ | ▬▬ | | ▬▬ | ▬▬ | | ▬▬ | | ▬▬ | ▬▬ |
| ▬▬▬▬ | ▬▬ | ▬▬ | ▬▬▬▬ | | ▬▬ | | ▬▬ | ▬▬ | | ▬▬ | ▬▬ | | ▬▬ | | ▬▬ | ▬▬ |
| ▬▬▬▬ | ▬▬ | ▬▬ | ▬▬▬▬ | | ▬▬ | | ▬▬ | ▬▬ | | ▬▬ | ▬▬ | | ▬▬ | | ▬▬ | ▬▬ |
| 02/01/2023 | L120 | 0001 | Gerard Fox | 10 | Partner | 1 | 6.20 | 3,100.00 | 500.00 | 6.20 | 3,100.00 | 500.00 | 10000 | | 0 | Billed |

# Time Report

**Billed and Unbilled**

McCandless Group LLC / v. Digital Marketing Advisors (1823-2119)                                                                                               06/26/2023

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Reviewed all discovery served by both sides, discussed the new schedule of deadlines being negotiated for responses and document productions; reviewed the scant financial information provided by the other side, and read Iuliia's reports on the document searches and made notes for update calls to both experts, and reviewed the new deadlines for the mediation. Structured our document production to the other side. | | | | | | | | | | | |
| 02/01/2023 | L120 | 0001 | Gerard Fox | 10 | Partner | 1 | -6.20 | -3,100.00 | 500.00 | -6.20 | -3,100.00 | 500.00 | 10000 | | 0 | Billed |
| 03/16/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.30 | 112.50 | 375.00 | 0.30 | 112.50 | 375.00 | 10000 | A105 | 19063 | Billed |
| | | | | | Worked to ensure no upcoming deadlines have been missed and informed a senior attorney as such. | | | | | | | | | | | |

# Time Report

**Billed and Unbilled**

**McCandless Group LLC / v. Digital Marketing Advisors (1823-2119)**   **06/26/2023**

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.10 | 37.50 | 375.00 | 0.10 | 37.50 | 375.00 | 10000 | A105 | 19063 | Billed |

Discussed with a senior attorney how collection services will buy the judgment, so the client essentially assigns it away, and how this may impact discovery to enforce the judgment.

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.40 | 525.00 | 375.00 | 1.40 | 525.00 | 375.00 | 10000 | A103 | 19063 | Billed |

Researched disparagement versus defamation; thought of various breach of contract grounded claims to make; drafted a preliminary demand letter and sent it to a supervising attorney for review.

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A105 | 0 | Unbilled |

Instructed a paralegal on May 19th calendaring follow-up, updated a senior attorney accordingly.

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2023 | L470 | 0133 | Kathy Lunn | 30 | Of Counsel | 1 | 0.40 | 160.00 | 400.00 | 0.40 | 160.00 | 400.00 | 10470 | | 0 | Unbilled |

Review of emails regarding location of defendant, counsel withdrawing, relating to enforcing the judgment.

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A106 | 0 | Unbilled |

Updated a client on two of his matters with the firm as well as updated a senior attorney.

# Time Report

**Billed and Unbilled**

McCandless Group LLC / v. Digital Marketing Advisors (1823-2119)                                                                                             06/26/2023

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.10 | 412.50 | 375.00 | 1.10 | 412.50 | 375.00 | 10000 | A103 | 0 | Unbilled |
| \multicolumn{17}{l}{Altered the motion to compel, memorandum of law in lieu of a joint stipulation, and declaration with the new docket information and communications from opposing counsel as well as new dates; asked a senior attorney a logistical question before creating the updated proofs of service, compiling everything, and filing.} |
| 05/22/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.10 | 37.50 | 375.00 | 0.10 | 37.50 | 375.00 | 10000 | A105 | 0 | Unbilled |
| Discussed with a senior attorney about whether to include a certain opposing counsel who was trying to remove himself as counsel on a proof of service list or note - updated them on how a filing is going to proceed with a magistrate. |
| 05/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.50 | 187.50 | 375.00 | 0.50 | 187.50 | 375.00 | 10000 | A104 | 0 | Unbilled |
| Worked to file documents with a paralegal after drafting and creating an applicable proof of service upon a senior attorney confirming information. |
| 05/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.30 | 112.50 | 375.00 | 0.30 | 112.50 | 375.00 | 10000 | A106 | 0 | Unbilled |
| Responded to client after finalizing the filing of documents once a paralegal fixed a technical PDF issue relating to why the court's preliminary system was not accepting the filing. |
| 05/22/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A105 | 0 | Unbilled |
| Confirmed that a filing appears to have been successful in meeting a post-judgment discovery magistrate case's requirements; followed-up with a paralegal to watch for an incoming court hearing date and further communications. |
| 05/22/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.10 | 37.50 | 375.00 | 0.10 | 37.50 | 375.00 | 10000 | A105 | 0 | Unbilled |
| Updated two new senior attorneys on my knowledge of the case matter. |
| 05/23/2023 | L250 | 0138 | Ashley Morris | 20 | Non Equity Partner | 1 | 0.50 | 300.00 | 600.00 | 0.50 | 300.00 | 600.00 | 10000 | A104 | 0 | Unbilled |
| Review and analyze court order on discovery motion; coordinate calendaring and exchange correspondence with client re same |
| 05/24/2023 | L110 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.30 | 112.50 | 375.00 | 0.30 | 112.50 | 375.00 | 10000 | A105 | 0 | Unbilled |
| Spoke with a senior attorney about the case; updated a client as to the current state of affairs and upcoming hearing; calendared personally. |
| 05/24/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.50 | 187.50 | 375.00 | 0.50 | 187.50 | 375.00 | 10000 | A106 | 0 | Unbilled |
| Reviewed the motion of one of opposing counsel to remove himself as an attorney and the two declarations attached supporting said motion after checking the docket to see if it had been approved; responded to a client's questions. |
| 05/25/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.30 | 112.50 | 375.00 | 0.30 | 112.50 | 375.00 | 10000 | A105 | 0 | Unbilled |
| Went through the materials received from opposing counsel, informed a senior attorneys, received instructions after discussing with a senior attorney. |
| 05/26/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.10 | 37.50 | 375.00 | 0.10 | 37.50 | 375.00 | 10000 | A105 | 0 | Unbilled |
| Informed a fellow employee of the instructions received for the attorneys covering this matter and how to approach opposing counsel communications received by them. |
| 05/30/2023 | L110 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A101 | 0 | Unbilled |
| Checked the docket to see if opposing counsel has responded accordingly in preparation for tomorrow's deadline; read the judge's order str king an opposing counsel's document. |
| 05/30/2023 | L120 | 0140 | David Ching | 40 | Associate | 1 | 1.70 | 935.00 | 550.00 | 1.70 | 935.00 | 550.00 | 10000 | A102 | 0 | Unbilled |
| Conducted legal research and analysis of the pleadings and developed the action plan on the debtors collection action. |
| 06/01/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.60 | 225.00 | 375.00 | 0.60 | 225.00 | 375.00 | 10000 | A105 | 0 | Unbilled |
| \multicolumn{17}{l}{Read emails for the client matter; checked the docket; updated senior attorneys of opposing counsel's motion and accompanying documents as well as the lack of opposition to a discovery motion; downloaded, renamed, and filed the documents onto the K-drive accordingly; checked the California Code of Civil Procedure and sent the anticipated calendaring date to a senior attorney.} |
| 06/01/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A105 | 0 | Unbilled |
| Updated the client on two situations the firm is addressing for this matter; briefly reviewed strategy discussed by senior attorneys. |
| 06/01/2023 | L250 | 0138 | Ashley Morris | 20 | Non Equity Partner | 1 | 0.40 | 240.00 | 600.00 | 0.40 | 240.00 | 600.00 | 10000 | A104 | 0 | Unbilled |
| Review and analyze local rules regarding opposition deadlines in preparation for filing notice of non-opposition |
| 06/01/2023 | L250 | 0138 | Ashley Morris | 20 | Non Equity Partner | 1 | 1.20 | 720.00 | 600.00 | 1.20 | 720.00 | 600.00 | 10000 | A104 | 0 | Unbilled |
| Prepare, review and finalize notice of non-opposition to motion to compel |
| 06/05/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.90 | 712.50 | 375.00 | 1.90 | 712.50 | 375.00 | 10000 | A102 | 0 | Unbilled |

# Time Report

**Billed and Unbilled**

McCandless Group LLC / v. Digital Marketing Advisors (1823-2119)                                                                                                   06/29/2023

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Continued drafting of the contempt section of the future motion; read pertinent case law and appropriate materials for guidance and authorities; spoke to a senior associate after showing him the local rules, regarding a potential ambiguity in filing with the magistrate or district judge in this instance. | | | | | | | | | | | |
| 06/21/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.10 | 412.50 | 375.00 | 1.10 | 412.50 | 375.00 | 10000 | A103 | 0 | Unbilled |
| | | | | | Researched inherent powers authority and its intersection with statutes and rules for sanctions and contempt; flushed out the coercive sanction sections; read pertinent case law; revised notes on relief requested. | | | | | | | | | | | |
| 06/21/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.10 | 37.50 | 375.00 | 0.10 | 37.50 | 375.00 | 10000 | A110 | 0 | Unbilled |
| | | | | | Disposed of client documents properly. | | | | | | | | | | | |
| 06/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 2.20 | 825.00 | 375.00 | 2.20 | 825.00 | 375.00 | 10000 | A103 | 0 | Unbilled |
| | | | | | Drafted and revised the motion for contempt; spoke with a senior attorney about receiving review when completed; drafted a notice to accompany the motion pursuant to the Local Rules. | | | | | | | | | | | |
| 06/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.30 | 487.50 | 375.00 | 1.30 | 487.50 | 375.00 | 10000 | A103 | 0 | Unbilled |
| | | | | | Began drafting a declaration to accompany a future motion; reached out and acquired information from client; compiled information. | | | | | | | | | | | |
| 06/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.80 | 675.00 | 375.00 | 1.80 | 675.00 | 375.00 | 10000 | A103 | 0 | Unbilled |
| | | | | | Continued revising and drafting the declaration and accompanying motion; spoke with a senior associate about attending a future hearing and completed tasks necessary to facilitate that. | | | | | | | | | | | |
| 06/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A110 | 0 | Unbilled |
| | | | | | Pulled opposing counsel's reply memorandum and read re same; saved to firm's K-drive. | | | | | | | | | | | |
| 06/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.20 | 450.00 | 375.00 | 1.20 | 450.00 | 375.00 | 10000 | A103 | 0 | Unbilled |
| | | | | | Continued completing tasks necessary to create draft documents to be filed pertaining to the motion for contempt. | | | | | | | | | | | |
| 06/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.30 | 487.50 | 375.00 | 1.30 | 487.50 | 375.00 | 10000 | A103 | 0 | Unbilled |
| | | | | | Created a mock table of authorities with all the cited information thus far for a motion for contempt. | | | | | | | | | | | |
| 06/22/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.30 | 112.50 | 375.00 | 0.30 | 112.50 | 375.00 | 10000 | A105 | 0 | Unbilled |
| | | | | | Compiled materials and updated a senior associate on a hearing to attend on June 30th and the case. | | | | | | | | | | | |
| 06/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.10 | 37.50 | 375.00 | 0.10 | 37.50 | 375.00 | 10000 | A105 | 0 | Unbilled |
| | | | | | Sent materials to a senior attorney for review and read their guidance in relation to federal appearances. | | | | | | | | | | | |
| 06/22/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A105 | 0 | Unbilled |
| | | | | | Spoke with a senior attorney about the various contempt sanctions brought in the draft motion and the purge element associated with some. | | | | | | | | | | | |
| ████████ | ████ | ████ | ████████████ | ██ | ████████ | █ | ████ | ██████ | ██████ | ████ | ██████ | ██████ | █████ | ████ | █ | ████████ |
| | | | | | ████████████████████████████████████████████████████████████████████████████████ | | | | | | | | | | | |
| 06/22/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.10 | 37.50 | 375.00 | 0.10 | 37.50 | 375.00 | 10000 | A101 | 0 | Unbilled |
| | | | | | Updated internal to-do list for the case and put aside documents to reference later. | | | | | | | | | | | |
| 06/22/2023 | L190 | 0141 | Cecilia Quiroz | 50 | Paralegal | 1 | 0.20 | 25.00 | 125.00 | 0.20 | 25.00 | 125.00 | 10000 | A101 | 0 | Unbilled |
| | | | | | Communication with clerk regarding virtual appearance to Motion to Withdraw as Counsel. | | | | | | | | | | | |
| 06/23/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A105 | 0 | Unbilled |
| | | | | | Responded to a senior attorney's inquiry pertaining to having acquired valid evidence to make a factual claim that is necessary for the motion for contempt. | | | | | | | | | | | |
| ████████ | ████ | ████ | ████████████ | ██ | ████████ | █ | ████ | ██████ | ██████ | ████ | ██████ | ██████ | █████ | ████ | █ | ████████ |
| | | | | | ████████████████████████████ | | | | | | | | | | | |
| 06/23/2023 | L430 | 0138 | Ashley Morris | 20 | Non Equity Partner | 1 | 1.30 | 780.00 | 600.00 | 1.30 | 780.00 | 600.00 | 10000 | A104 | 0 | Unbilled |
| | | | | | Review and revise notice of motion regarding contempt order and sanctions | | | | | | | | | | | |
| 06/23/2023 | L430 | 0138 | Ashley Morris | 20 | Non Equity Partner | 1 | 1.80 | 1,080.00 | 600.00 | 1.80 | 1,080.00 | 600.00 | 10000 | A104 | 0 | Unbilled |

# Time Report

**Billed and Unbilled**

**McCandless Group LLC / v. Digital Marketing Advisors (1823-2119)**                                                                                                                                                        06/29/2023

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Review and revise motion regarding contempt order and sanctions and provide associate with guidance on revisions | | | | | | | | | | | | | |
| 06/23/2023 | L430 | 0138 | Ashley Morris | 20 | Non Equity Partner | 1 | 0.40 | 240.00 | 600.00 | 0.40 | 240.00 | 600.00 | 10000 | A104 | 0 | Unbilled |
| | | | Review and revise declaration of counsel in support of motion regarding contempt order and sanctions | | | | | | | | | | | | | |
| 06/23/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.60 | 225.00 | 375.00 | 0.60 | 225.00 | 375.00 | 10000 | A105 | 0 | Unbilled |
| | | | Received feedback, instructions, and redlines from a senior attorney in regards to the motion to compel documents; reviewed re same. | | | | | | | | | | | | | |
| 06/23/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.00 | 375.00 | 375.00 | 1.00 | 375.00 | 375.00 | 10000 | A103 | 0 | Unbilled |
| | | | Implemented the senior attorney's changes to the Notice for contempt; spoke with a senior attorney about keeping certain information within the motion; implemented some changes to the contempt motion. | | | | | | | | | | | | | |
| 06/23/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 1.40 | 525.00 | 375.00 | 1.40 | 525.00 | 375.00 | 10000 | A103 | 0 | Unbilled |
| | | | Drafted and revised the contempt related documents per a senior attorney's instructions; sent back for second-level review. | | | | | | | | | | | | | |
| [REDACTED] | | | | | | | | | | | | | | | | |
| [REDACTED] | | | | | | | | | | | | | | | | |
| [REDACTED] | | | | | | | | | | | | | | | | |
| [REDACTED] | | | | | | | | | | | | | | | | |
| [REDACTED] | | | | | | | | | | | | | | | | |
| 06/27/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A104 | 0 | Unbilled |
| | | | Briefly reviewed the changes that a senior attorney made and received updated instruction. | | | | | | | | | | | | | |
| 06/27/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A106 | 0 | Unbilled |
| | | | Responded to a client's inquiry on the status of filings to occur; updated him on the case matter accordingly. | | | | | | | | | | | | | |
| [REDACTED] | | | | | | | | | | | | | | | | |
| 06/27/2023 | L140 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.30 | 112.50 | 375.00 | 0.30 | 112.50 | 375.00 | 10000 | A110 | 0 | Unbilled |
| | | | Compiled an updated exhibit list for the decl. to accompany the motion for contempt; sent to a paralegal for use; responded to a senior attorney. | | | | | | | | | | | | | |
| [REDACTED] | | | | | | | | | | | | | | | | |
| 06/27/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.20 | 75.00 | 375.00 | 0.20 | 75.00 | 375.00 | 10000 | A105 | 0 | Unbilled |
| | | | Confirmed filing of motion for contempt / attorney's fees / sanctions; compiled and sent stamped items to client and senior attorneys. | | | | | | | | | | | | | |
| 06/27/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.40 | 150.00 | 375.00 | 0.40 | 150.00 | 375.00 | 10000 | A105 | 0 | Unbilled |
| | | | Discussed with the senior associate attending a hearing on Friday the arguments within the motion to compel; also discussed with a senior attorney the case and received instructions. | | | | | | | | | | | | | |
| 06/27/2023 | L250 | 0141 | Cecilia Quiroz | 50 | Paralegal | 1 | 0.60 | 75.00 | 125.00 | 0.60 | 75.00 | 125.00 | 10000 | A103 | 0 | Unbilled |
| | | | Further drafting of the Memorandum of Points and Authorities in Support of Judgment Creditors' Motion for Contempt Order and Sanctions; added Table of Contents and Authorities. | | | | | | | | | | | | | |
| 06/27/2023 | L250 | 0141 | Cecilia Quiroz | 50 | Paralegal | 1 | 0.20 | 25.00 | 125.00 | 0.20 | 25.00 | 125.00 | 10000 | A103 | 0 | Unbilled |

# Time Report

**Billed and Unbilled**

McCandless Group LLC / v. Digital Marketing Advisors (1823-2119)  06/29/2023

| Date | SM/Task | Attorney | Name | Staff Level | Description | Rate | Orig Hrs | Orig Amt | Orig Rate | Rev Hrs | Rev Amt | Rev Rate | Service | Activity | Invoice | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Further draft and finalize the Notice of Motion for Contempt Order and Sanctions. | | | | | | | | | | | |
| 06/27/2023 | L250 | 0141 | Cecilia Quiroz | 50 | Paralegal | 1 | 0.40 | 50.00 | 125.00 | 0.40 | 50.00 | 125.00 | 10000 | A103 | 0 | Unbilled |
| | | | | | Further drafting of the Declaration of Gerard Fox in Support of Judgment Creditors' Motion for Contempt Order and Sanctions and prepared corresponding exhibits. | | | | | | | | | | | |
| 06/27/2023 | L250 | 0141 | Cecilia Quiroz | 50 | Paralegal | 1 | 0.20 | 25.00 | 125.00 | 0.20 | 25.00 | 125.00 | 10000 | A104 | 0 | Unbilled |
| | | | | | Final review and e-filing of the Motion for Contempt Order and Sanctions. | | | | | | | | | | | |
| 06/28/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.30 | 112.50 | 375.00 | 0.30 | 112.50 | 375.00 | 10000 | A101 | 0 | Unbilled |
| | | | | | Pulled the docket and made an internal note of a hearing date; instructed a paralegal to set reminders. | | | | | | | | | | | |
| 06/29/2023 | L120 | 0131 | Reed Shankwiler | 40 | Associate | 1 | 0.30 | 112.50 | 375.00 | 0.30 | 112.50 | 375.00 | 10000 | A106 | 0 | Unbilled |
| | | | | | Received guidance on how to respond to client's inquiry; responded re same; updated a senior attorney who asked about the post-judgment collection process thus far. | | | | | | | | | | | |
| **Report Totals:** | | | | | | | **407.90** | **184,505.50** | | **407.90** | **163,390.00** | | | | | |