Chris J. Zhen (SBN 275575)
Email: chris.zhen@zhenlawfirm.com
Phone: (213) 935-0715
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

*Attorneys for Plaintiff*
Digital Marketing Advisors

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Digital Marketing Advisors, a California Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>McCandless Group, LLC, a Florida Limited Liability Company; Nicholas McCandless, an individual; DOES 1-10,<br><br>                    Defendants. | Case No.: 2:21-cv-06888-AB-GJS<br><br>*The Honorable Andre Birotte Jr.*<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY** |

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY
CASE NO.: 2:21-CV-06888-AB-GJS   -1-

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 1, 2023 at 10:00 am, or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, the Honorable André Birotte, District Judge presiding, the undersigned Chris J. Zhen will and hereby does move the Court for an order permitting Chris J. Zhen to withdraw as attorney from representing Plaintiff in this action, and for such other and further relief as this Court deems just and proper.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 24, 2023, and is brought pursuant to Local Rule 83-2.3 and is based on the grounds that good cause exists to grant this motion, as follows:

Plaintiff has discharged Mr. Zhen from representation in this case, and Plaintiff has been made aware of the consequences of its inability to proceed pro se. A client's right to discharge its attorney is absolute and may be exercised at any time for any reason. *See Fracasse v. Brent* (1972) 6 Cal. 3d 784, 790.

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY
CASE NO.: 2:21-CV-06888-AB-GJS   -2-

Dated: July 31, 2023

Respectfully Submitted,

ZHEN LAW FIRM

By: /s/ Chris J. Zhen
Chris J. Zhen
*Attorneys for Plaintiff*
Digital Marketing Advisors

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY
CASE NO.: 2:21-CV-06888-AB-GJS   -3-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 31st day of July, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By:   */Chris J. Zhen/*

NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY
CASE NO.: 2:21-CV-06888-AB-GJS   -4-