Chris J. Zhen (SBN 275575)
Phone: (213) 935-0715
Email: chris.zhen@zhenlawfirm.com
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

Attorneys for Plaintiff
DIGITAL MARKETING ADVISORS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DIGITAL MARKETING ADVISORS, a California corporation,<br>          Plaintiff,<br><br>vs.<br><br>MCCANDLESS GROUP, LLC, a Florida limited liability company, NICHOLAS MCCANDLESS, an individual, DOES 1 – 10,<br>          Defendants. | Case No.: 2:21-cv-06888-AB-GJS<br><br>**DECLARATION OF CHRIS J. ZHEN IN SUPPORT OF CHRIS J. ZHEN'S MOTION TO WITHDRAW AS ATTORNEY** |

DECLARATION OF CHRIS J. ZHEN               -1-     CASE NO.: 2:21-CV-06888-AB-GJS

## **DECLARATION OF CHRIS J. ZHEN**

I, Chris J. Zhen, declare as follows:

1. I am an attorney at law duly licensed and admitted to practice before the United States District Court for the Central District of California, Central District. I am the attorney of record for Plaintiff Digital Marketing Advisors in this action. I make this declaration in support of my motion to withdraw from representing Plaintiff/Judgment Creditor Digital Marketing Advisors in this action. I have personal knowledge of the facts stated in this declaration.

2. I was retained by Plaintiff Digital Marketing Advisors to prosecute this action.

3. Plaintiff Digital Marketing Advisors has discharged me as attorney for this action. The client has an absolute right to discharge its attorney at any time for any reason.

4. Per Local Rule 83-2.3.4, I have informed Plaintiff's owner Zachary Urbina of the consequences of Plaintiff's inability to proceed pro se.

5. Subsequently, on April 28, 2023, I filed a request to withdraw to reflect the desire of the Plaintiff. A true and correct copy of the filing receipt is attached as Exhibit 1. A true and correct copy of Form G-01 executed by Plaintiff is attached as Exhibit 2.

6. On July 19, 2023, I emailed counsel for Defendants/Judgment Creditors informing them that I have been discharged, and that I would be moving to withdraw from representing Plaintiff in this action. A meet and confer was held on July 24, 2023. No agreement was reached; Defendants' attorney stated they would oppose the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF CHRIS J. ZHEN        -2-        CASE NO.: 2:21-CV-06888-AB-GJS

Executed on this 31st day at Los Angeles, California.

By:    /s/ Chris J. Zhen_____
          Chris J. Zhen

Attorney for Plaintiff
DIGITAL MARKETING ADVISORS

DECLARATION OF CHRIS J. ZHEN             -3-    CASE NO.: 2:21-CV-06888-AB-GJS