7/31/23, 2:35 PM    Gmail - Activity in Case 2:21-cv-06888-AB-GJS Digital Marketing Advisors v. McCandless Group, LLC et al Motion to Withdraw as …

Case 2:21-cv-06888-AB-MRW   Document 98-2   Filed 07/31/23   Page 1 of 2   Page ID #:926


# Gmail

Chris Zhen <chris.zhen@gmail.com>

## Activity in Case 2:21-cv-06888-AB-GJS Digital Marketing Advisors v. McCandless Group, LLC et al Motion to Withdraw as Attorney
1 message

**cacd_ecfmail@cacd.uscourts.gov** <cacd_ecfmail@cacd.uscourts.gov>       Fri, Apr 28, 2023 at 1:42 PM
To: ecfnef@cacd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Zhen, Chris on 4/28/2023 at 1:42 PM PDT and filed on 4/28/2023
**Case Name:**        Digital Marketing Advisors v. McCandless Group, LLC et al
**Case Number:**      2:21-cv-06888-AB-GJS
**Filer:**            Digital Marketing Advisors
**WARNING: CASE CLOSED on 04/21/2022**
**Document Number:** 69

**Docket Text:**
**REQUEST of Chris J Zhen to Withdraw as Attorney filed by Plaintiff Digital Marketing Advisors. Request set for hearing on 5/26/2023 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # (1) Proposed Order) (Zhen, Chris)**


**2:21-cv-06888-AB-GJS Notice has been electronically mailed to:**

Chris J Zhen &nbsp &nbsp chris.zhen@zhenlawfirm.com

Gerard P Fox &nbsp &nbsp gfox@gerardfoxlaw.com, cmolina@gerardfoxlaw.com, csamowitz@gerardfoxlaw.com, Docketing@gerardfoxlaw.com, hkyles@gerardfoxlaw.com, lwahjudi@gerardfoxlaw.com, mbogorad@gerardfoxlaw.com

James R. Burrell &nbsp &nbsp jburrell@rutan.com

Matthew Charles Heerde &nbsp &nbsp mheerde@heerdelaw.com

**2:21-cv-06888-AB-GJS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\G-01.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/28/2023] [FileNumber=35756748-0
] [5bc6bd7fe257d909af63a801fba0bedbba2888229fac8afbf4237b3bbbcd2ff5333
7524028e16e585035848d7408270ca49da61f53783c80ee9c0242a2ba9dd3]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\G-01 ORDER.pdf

7/31/23, 2:31 PM                    Gmail - Activity in Case 2:21-cv-06888-AB-MRW US Digital Marketing Advisors v. McCandless Group, LLC et al Motion to Withdraw as …

Case 2:21-cv-06888-AB-MRW    Document 98-2    Filed 07/31/23    Page 2 of 2    Page ID #:927

**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/28/2023] [FileNumber=35756748-1
] [459d231c6a254a281bb6654ed7c5fc286b187fe9f285faea20b0d06b7da35c7e6b9
26455d9961cc04d4fb14c11058fe75af4c75cd56f152b5b649743478dda8c]]