1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| Digital Marketing Advisors, A California Corporation, | Case No.   2:21-cv-6888 |
|---|---|
| Plaintiff/Judgment Debtor, | *The Honorable Andre Birotte Jr.* |
| v. | **[PROPOSED] ORDER** |
| McCandless Group, LLC, a Florida Limited Liability Company; Nicholas McCandless, an individual; DOES 1-10, | |
| Defendants/Judgment Creditor. | |

1	After due consideration of all the relevant pleadings, papers and records in this action, and upon such oral and documentary evidence or argument as was presented to the Court with respect to the Motion by Chris J. Zhen for leave to withdraw as counsel for Plaintiff/Judgment Creditor Digital Marketing Advisors (the "Motion to Withdraw"), the Court hereby finds that:

Good cause exists for granting the Motion to Withdraw.

Accordingly, IT IS HEREBY ORDERED that:

1.	The Motion to Withdraw is granted;

2.	Attorney Chris J. Zhen is hereby relieved as counsel of record for Plaintiff/Judgment Creditor Digital Marketing Advisors and no longer represents Plaintiff/Judgment Creditor Digital Marketing Advisors as counsel of record in this action;

3.	A copy of this Order shall be served on Plaintiff/Judgment Creditor Digital Marketing Advisors by Mr. Zhen, by email to ze@shorethang.media, and on all other counsel of record in this action.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2023

By: _____
Hon. Andre Birotte Jr.
United States District Court Judge

1