1  Chris J. Zhen (SBN 275575)
   Phone: (213) 935-0715
2  Email: chris.zhen@zhenlawfirm.com
3  Zhen Law Firm
   5670 Wilshire Blvd, Suite 1800
4  Los Angeles, CA 90036

5
   Attorneys for Plaintiff
6  DIGITAL MARKETING ADVISORS

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10                         **WESTERN DIVISION**

11

12

13 | DIGITAL MARKETING ADVISORS, a California corporation, | Case No.: 2:21-cv-06888-AB-GJS |
14 | Plaintiff, | |
15 | vs. | **SECOND DECLARATION OF CHRIS J. ZHEN IN SUPPORT OF CHRIS J. ZHEN'S MOTION TO WITHDRAW AS ATTORNEY** |
16 | | |
17 | MCCANDLESS GROUP, LLC, a Florida limited liability company, NICHOLAS MCCANDLESS, an individual, DOES 1 – 10, | |
18 | | |
19 | Defendants. | |

SECOND DECLARATION OF CHRIS J. ZHEN     -1-     CASE NO.: 2:21-CV-06888-AB-GJS

## DECLARATION OF CHRIS J. ZHEN

I, Chris J. Zhen, declare as follows:

1. I am an attorney at law duly licensed and admitted to practice before the United States District Court for the Central District of California, Central District. I am the attorney of record for Plaintiff Digital Marketing Advisors in this action. I make this declaration in support of my motion to withdraw from representing Plaintiff/Judgment Creditor Digital Marketing Advisors in this action. I have personal knowledge of the facts stated in this declaration.

2. I was retained by Plaintiff Digital Marketing Advisors to prosecute this action.

3. Plaintiff Digital Marketing Advisors discharged me on or before January 5, 2023 as attorney for this action. The client has an absolute right to discharge its attorney at any time for any reason.

4. Per Local Rule 83-2.3.4, I informed Plaintiff's owner Zachary Urbina on or before January 5, 023 of the consequences of Plaintiff's inability to proceed pro se. Plaintiff's owner Zachary Urbina independently acknowledged in a sworn declaration that he understands the consequences of Plaintiff's inability to proceed pro se. *See* sworn declaration of Mr. Urbina of May 23, 2023 [ECF No. 80-3 ¶4] (Plaintiff has been informed of the "consequences of Plaintiff's inability to proceed pro se").

5. I have been discharged by Plaintiff, and Plaintiff has not paid and will not pay for my firm's services for any services related to the judgment enforcement procedures by Defendants. I was not paid for preparing and filing this Motion. I was not paid and will not be paid for appearing for on Tuesday August 15, 2023.

6. There has been communication difficulties with the Plaintiff. The communication difficulties would render any future representation ineffective.

7. If requested, additional documentation will be provided in compliance with this Court's confidential information rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of August at Los Angeles, California.

By:   /s/ Chris J. Zhen  
      Chris J. Zhen

Attorney for Plaintiff
DIGITAL MARKETING ADVISORS