# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV21-6888 AB (MRWx) | Date | August 16, 2023 |
|---|---|---|---|
| Title | Digital Marketing Advisors v. McCandless Group, LLC et al. | | |

| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge |
|---|---|

| James Muñoz | CS 08/16/23 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Chris Zhen | David Ching |

**Proceedings:**   **STATUS CONFERENCE REGARDING POST-JUDGMENT MATTERS**

Case called.  Counsel make their appearance.

Status conference held as stated on the record.  Attorney Chris Zhen is excused from further appearances with Judge Wilner.

<u>:28</u>
JM