GERARD P. FOX (SBN 151649)
gfox@gerardfoxlaw.com
DAVID T. CHING (SBN 325674)
dching@gerardfoxlaw.com
GERARD FOX LAW P.C.
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Tel: (310) 441-0500
Fax: (310) 441-4447

*Attorney for Judgment Creditors*
McCandless Group, LLC
and Nicholas McCandless

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Digital Marketing Advisors,<br><br>                Plaintiff,<br><br>v.<br><br>McCandless Group, LLC, *et al*;<br>Nicholas McCandless,<br><br>                Defendants. | Case No.   2:2021cv06888<br><br>**JUDGMENT CREDITORS'**<br>**DECLARATION OF DAVID T. CHING**<br><br>Hon. André Birotte Jr. |

- 1 -

## <u>DECLARATION OF DAVID T. CHING</u>

I, David T. Ching, declare as follows:

1.      I am an attorney duly licensed to practice law by the State Bar of California and am admitted to practice before the state and federal courts of the State of California. I am over the age of 18 and have personal knowledge of each and every fact stated herein and, if called to testify, I could testify competently thereto. In making this declaration, it is not my intention, nor the intention of Defendants McCandless Group, LLC & Nicholas McCandless ("Judgment Creditor(s)"), to waive any applicable privilege, including the attorney-client privilege or the attorney-work product doctrine.

2.      I am an associate attorney at the law firm of Gerard Fox Law, P.C.

3.      I am counsel in this action Judgment Creditors versus Digital Marketing Advisors, Plaintiff ("Judgment Debtor").

4.      Defendant/Judgment Creditor intends on filing and personally serving a debtors examination on Plaintiff/Judgment Debtor in this matter.

5.      I am assisting Defendant/Judgment Creditor in the process of hiring a private investigator, and anticipates retaining one by September 8, 2023, who will then begin his search for Zachary Urbina, the officer/director of the Plaintiff/Judgment Debtor.

6.      I am requesting on behalf of Defendant/Judgment Creditor a further extension of time to September 30, 2023, to search for and serve Plaintiff/Judgment Debtor with both a Rule 45 subpoena for deposition and documents, and an Application and Order for Appearance and Examination of a Third-Party Regarding Enforcement of Judgment.

7.      A copy of the Application and Order for Appearance and Examination of a Third Party is filed concurrently with this declaration.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

- 2 -

DECL. OF DAVID T. CHING

Executed on this 1st day of September 2023 in Los Angeles, California.

David T. Ching, Declarant

DECL. OF DAVID T. CHING