Chris J. Zhen (SBN 275575)
Email: chris.zhen@zhenlawfirm.com
Phone: (213) 935-0715
Zhen Law Firm
5670 Wilshire Blvd, Suite 1800
Los Angeles, CA 90036

*Attorneys for Plaintiff*
Digital Marketing Advisors

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Digital Marketing Advisors, a California Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>McCandless Group, LLC, a Florida Limited Liability Company; Nicholas McCandless, an individual; DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-06888-AB-GJS<br><br>*The Honorable Andre Birotte Jr.*<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL OR IN CAMERA REVIEW**<br><br>Hon. André Birotte Jr.<br>Hearing Date:  September 1, 2023<br>Hearing Time: 10:00 A.M. |

APPLICATION FOR LEAVE TO FILE UNDER SEAL OR IN CAMERA REVIEW
CASE NO.: 2:21-CV-06888-AB-GJS   -1-

Pursuant to Civil Local Rules 79-5.2.2(a) & (c) as well as 79-6.2 with no opposition being known to Attorney Chris J. Zhen, Mr. Zhen respectfully submits this Application For Leave To File Under Seal Or In Camera Review.

On September 1, 2023 a Zoom online hearing was held before the Honorable André Birotte Jr. on Mr. Zhen's Motion to Withdraw as Attorney.

During the hearing, the Court inquired about whether the notice under L.R. 83-2.3.4 was given to the Plaintiff. The Court directed Mr. Zhen to file under seal the written notice to Plaintiff organization Plaintiff Digital Marketing Advisors pursuant to L.R. 83-2.3.4.

Good cause exists for filing under seal because the communications constitute confidential information under the Attorney-client privilege.

Accordingly, Mr. Zhen presents the information below along with a declaration. Mr. Zhen respectfully requests that an order from the Court authorizing the filing under seal or in camera review for the following:

1) Communication of Written Notice Under Rules 83-2.3.4 Organizations

2) Attachment to Written Notice

3) Receipt Confirmation from Plaintiff Digital Marketing Advisors

///
///
///

APPLICATION FOR LEAVE TO FILE UNDER SEAL OR IN CAMERA REVIEW
CASE NO.: 2:21-CV-06888-AB-GJS   -2-

Dated: September 1, 2023        Respectfully Submitted,

ZHEN LAW FIRM

By: /s/ Chris J. Zhen
Chris J. Zhen
*Attorneys for Plaintiff*
Digital Marketing Advisors

APPLICATION FOR LEAVE TO FILE UNDER SEAL OR IN CAMERA REVIEW
CASE NO.: 2:21-CV-06888-AB-GJS   -3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of September, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission, first class mail, and/or electronic mail.

By:   */Chris J. Zhen/*

APPLICATION FOR LEAVE TO FILE UNDER SEAL OR IN CAMERA REVIEW
CASE NO.: 2:21-CV-06888-AB-GJS   -4-