UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | LA CV 21-06888-AB(GJSx) | Date: | September 1, 2023 |
| Title: | Digital Marketing Advisors v. McCandless Group, LLC. | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Kelly Davis | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Chris Zhen (via Zoom) | David Ching (via Zoom) |

**Proceedings:** **PLAINTIFF'S MOTION TO WITHDRAW AS ATTORNEY [98]**

Case is called and counsel makes their appearances. The Court hears oral argument from the parties. For reasons stated on the record, the motion is hereby GRANTED. Attorney Chris J. Zhen is relieved as plaintiff's counsel. The Court orders counsel to e-file, under seal, the document that was sent to party reps re: corporate responsibilities under Local Rule 83.2. Attorney fees issues are to be handled by the Magistrate Judge that handled the matter.

00 : 16

CV-90 (12/02)      CIVIL MINUTES - GENERAL      Initials of Deputy Clerk KD