1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | Case No. 2:21-cv-06888-AB-GJS |
|---|---|
| DIGITAL MARKETING ADVISORS, a California corporation,<br><br>*Plaintiff/Judgment Debtor,*<br><br>vs.<br><br>MCCANDLESS GROUP, LLC, a Florida limited liability company, NICHOLAS MCCANDLESS, an individual, DOES 1 – 10,<br><br>*Defendants/Judgment Creditor.* | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW |

The Court has considered the Motion by Chris J. Zhen to Withdraw as Plaintiff's Counsel ("Motion," Dkt. No. 90), Defendants' opposition thereto, the reply, and Mr. Zhen's supplemental under seal filing (Dkt. No. 108). The Court heard oral argument on September 1, 2023. For the reasons discussed on the record, the Motion is **<u>GRANTED</u>**.

Mr. Zhen's representations that the Plaintiff discharged Mr. Zhen as his counsel and appears to no longer be accepting his representation establish good cause under Local Rule 83-2.3.2 to grant the motion. *See also* Cal. Rule of Prof. Conduct 3-700. Given that Plaintiff appears to no longer be working with Mr. Zhen, the Court finds that the withdrawal will not prejudice other litigants, harm

the administration of justice, or unnecessarily delay the resolution of the case, s*ee Deal v. Countrywide Home Loans*, 2010 WL 3702459, at *2 (N.D.Cal. Sept. 15, 2010) (considering these factors), because keeping Mr. Zhen as counsel of record will not ameliorate the challenges Defendant has identified as causing it prejudice. Finally, Counsel has given adequate notice to the client and Defendant in accordance with Local Rules 83-2.3.2 and 83-2.3.4 and Cal. Rules of Prof. Conduct 3-700(C)(1)(f).

Accordingly, the Court **ORDERS** that:

1.      The Motion to Withdraw is **<u>GRANTED</u>**. Chris J. Zhen is relieved as counsel of record for Plaintiff Digital Marketing Advisors and no longer represents Plaintiff Digital Marketing Advisors as counsel of record in this action.

2.      Attorney Zhen must serve a copy of this Order on the Plaintiff, its principal Zachary Urbina, and on all other counsel of record in this action, and file proof of service of the same within 14 days of this Order.

**<u>NOTICE TO PLAINTIFF:</u>** Plaintiff Digital Marketing Advisors is a corporation. As such, Plaintiff cannot appear pro se but instead must be represented by counsel. *See* Local Rule 83-2.2.2 ("Only individuals may represent themselves pro se. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1."). Thus, Plaintiff shall have 45 days from the issuance of this Order to file a notice of appearance for new counsel.

**IT IS SO ORDERED.**

Dated: October 20, 2023          _____

André Birotte Jr.
United States District Judge

2