UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-6888 AB (MRWx) | Date | December 13, 2023 |
|---|---|---|---|
| Title | Digital Marketing Advisors v. McCandless Group, LLC et al. | | |

| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge |
|---|---|
| James Muñoz | CS 12/13/23 |
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| None present | Reed Shankwiler |

**Proceedings:** **JUDGMENT DEBTOR EXAMINATION**

Case called. Counsel for defendant made his appearance. Debtor failed to appear for today's noticed hearing.

Judgment debtor hearing held as stated on the record.

:12
JM